| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | R.H.W. Metals, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7  5 – 1  7  3  4  8  6  6 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **39 F.R.J. Drive** | **P. O. Box 3489** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Longview**      **TX**    **75602** | **Longview**      **TX**    **75606-3489** |
| City            State    ZIP Code | City            State    ZIP Code |
| **Harrison** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City        State    ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor __R.H.W. Metals, Inc._____   Case number (if known) _____

| 7. | Describe debtor's business | **A. Check one:** |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B. Check all that apply:**

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__3__ __3__ __1__ __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11.   *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor  **R.H.W. Metals, Inc.** _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ | No |
| | | ☐ | Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | | MM / DD / YYYY |
| | | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |
| | | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |

| | | | |
|---|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ | No |
| | | ☐ | Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | | Case number, if known _____ |
| | | | |
| | | | Debtor _____ Relationship _____ |
| | | | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | | Case number, if known _____ |

**11. Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **R.H.W. Metals, Inc.**                                              Case number (if known) _____

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
  Number        Street

  _____

  _____   _____   _____
  City                           State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency   _____

        Contact name   _____

        Phone   _____

---

**Statistical and adminstrative information**

**13.  Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
☐ 50-99                   ☐ 5,001-10,000           ☐ 50,001-100,000
☑ 100-199                 ☐ 10,001-25,000          ☐ More than 100,000
☐ 200-999

**15.  Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

Debtor  __R.H.W. Metals, Inc._____    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/29/2021_____
　　　　　　　　MM / DD / YYYY

X __/s/ Richard H. Wilcox, Jr._____
Signature of authorized representative of debtor

__Richard H. Wilcox, Jr._____
Printed name

__President_____
Title

**18. Signature of attorney**

X __/s/ Michael E Gazette_____    Date __04/29/2021_____
Signature of attorney for debtor　　　　　　　　　　　　　　　　MM / DD / YYYY

__Michael E Gazette_____
Printed name

__Law Offices of Michael E Gazette_____
Firm name

__100 E Ferguson Street Suite 1000_____
Number　　　Street

_____

__Tyler_____    __TX_____    __75702____
City　　　　　　　　　　　　　　　　　　State　　　　ZIP Code

__(903) 596-9911_____    __megazette@suddenlinkmail.com__
Contact phone　　　　　　　　　　　　　Email address

__077845000_____    __TX_____
Bar number　　　　　　　　　　　　　　State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **R.H.W. Metals, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Checking account at BancorpSouth Bank** | **Checking account** | 7 8 1 3 | $530,441.44 |
| 3.2. | **Checking account at BTH Bank** | **Checking account** | 7 0 6 6 | $0.00 |
| 3.3. | **Checking account at BTH Bank** | **Checking account** | 7 0 7 4 | $0.00 |

4.  **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$530,441.44

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    **R.H.W. Metals, Inc.** _____    Case number (if known) _____
Name

**Current value of debtor's interest**

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.    Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

**$0.00**

## Part 3:    Accounts receivable

**10.    Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☒  Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.    Accounts receivable**

11a.  90 days old or less: _____**$0.00**_____  –  _____**$0.00**_____  = ............. ➔    **$0.00**
face amount                    doubtful or uncollectible accounts

11b.  Over 90 days old: _____**$1,119,059.19**_____  –  _____**$425,481.16**_____  = ............. ➔    **$693,578.03**
face amount                    doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$693,578.03**

## Part 4:    Investments

**13.    Does the debtor own any investments?**

☐  No.  Go to Part 5.
☒  Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1.  **All shares of R.H.W. Metals - Odessa, Inc.** ____    **100%**    **Fair Market** _____    **$0.00**

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

## Part 5:    Inventory, excluding agriculture assets

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐  No.  Go to Part 6.
☒  Yes.  Fill in the information below.

Debtor  **R.H.W. Metals, Inc.** _____  Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **Inventory of steel held for sale and manufacturing** | 06/12/2020 | $2,478,905.00 | | Unknown |

**20.** Work in progress

**21.** Finished goods, including goods held for resale

**22.** Other inventory or supplies

**23.** Total of Part 5
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** Is any of the property listed in Part 5 perishable?
☑ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☑ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☐ No
☑ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.** Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops--either planted or harvested | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33.** Total of Part 6.
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.** Is the debtor a member of an agricultural cooperative?
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☐ No
☐ Yes

Debtor   **R.H.W. Metals, Inc.**                                                    Case number (if known) _____
        Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office furniture - filing cabinets, office chairs, cubicles 5 computers, 2 folding plastic tables, 4 old chairs, 2 metal filing cabinets, 2 refrigerators, stove top, 2 microwaves, 2 dishwashers, 2 dressers, desk, chair, shredder, area rug, wood table & 4 chairs, 2 ovens, coffee maker, toaster, grill** | | **Forced Liquidation Value** | **$4,200.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Server room equipment** | | | **$1,500.00** |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | **$5,700.00** |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known) _____
Name

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Snorklift**<br>**Model No. PROGG-D2**<br>**Serial No. 9522120895** | | **Forced Liquidation Value** | **$6,000.00** |
| **1997 Air Compressor**<br>**Cat # 38057 - 120 Gallon** | | | **$700.00** |
| **2009 Air Compressor**<br>**Cat # 35934 - 80 Gallon** | | | **$700.00** |
| **Porta Cool Fan 36"**<br>**Serial No. 498617** | | | **$700.00** |
| **Miller Welding Machine Miller**<br>**Bluestar 2E** | | | **$700.00** |
| **Lincoln Electric Welding Machine**<br>**Model No. AC225**<br>**Serial No. K1170** | | | **$50.00** |
| **13" Behringer Saw**<br>**Model No. HBE-321A**<br>**Serail No. 10009989** | | | **$12,000.00** |
| **16" Cosen Saw**<br>**Model No. C-420NC-CE**<br>**Serial No. C10614838** | | | **$14,000.00** |
| **16" Cosen Saw**<br>**Model No. C-420NC-CE**<br>**Serial No. C10614792** | | | **$14,000.00** |
| **20" Cosen Saw**<br>**Model No. C-520NC-CR**<br>**Serial No. C1070535** | | | **$20,000.00** |
| **20" Cosen Saw**<br>**Model No. C-520**<br>**Serial No. C520L-106015** | | | **$20,000.00** |
| **20" Cosen Saw**<br>**Model No. C-520**<br>**Serial No. C520L-106014** | | | **$20,000.00** |
| **JIB Crane** | | | **$1,500.00** |
| **1800 RPM Generator** | | | **$20,000.00** |
| **Lathe** | | | **$2,000.00** |
| **Lathe** | | | **$2,000.00** |
| **Lathe** | | | **$2,000.00** |
| **Alkita Pressure Washer** | | | **$500.00** |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                    **$136,850.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor    __R.H.W. Metals, Inc._____     Case number (if known) _____
        Name

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.

☐ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| rhwmetals.com - domain name | | | $0.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.     **$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

Debtor   **R.H.W. Metals, Inc.**   Case number (if known) _____
_____
Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** |  |
| Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)** |  |
| Description (for example, federal, state, local) |  |
| 73. **Interests in insurance policies or annuities** |  |
| **AIG life term insurance policy no. YME1269789 - $500,000.00 on Richard H. Wilcox, Jr. pledged to BTH Bank** | $0.00 |
| **AIG life term insurance policy no. YME1244797 - $1,000,000.00 on Richard H. Wilcox, Jr. pledged to BTH Bank** | $0.00 |
| **Protective Life term life insurance policy no. B00395072 - $500,000.00 on Ned Gretzing pledged to BTH Bank** | $0.00 |
| **Protective Life term life insurance policy no. B00576897 - $1,000,000.00 on Ned Gretzinger pledged to BTH Bank** | $0.00 |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| **Derivative claims asserted by Crossroads Steel Supply against officers, former officers, and other individuals in Civil Action #6:20-cv-00573-JCB, Crossroads Steel Supply, LLC v R.H.W. Metals, Inc., et al, U.S. District Court for the Eastern District of Texas, Tyler Division** | Unknown |

Nature of claim   **Derivative claims** _____

Amount requested   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.
$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   **R.H.W. Metals, Inc.**                                   Case number (if known) _____
_____
Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$530,441.44** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$693,578.03** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,700.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$136,850.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................... ➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | **$1,366,569.47** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ................................................. | | **$1,366,569.47** |

**Fill in this information to identify the case:**

Debtor name __**R.H.W. Metals, Inc.**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐   No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑   Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
**BTH Bank**

**Creditor's mailing address**
**3805 TX-63 Spur**

_____

**Longview          TX    75606**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑   No

☐   Yes. Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**Line of Credit**

**Describe the lien**

**Non-Purchase Money / Agreement**

**Is the creditor an insider or related party?**

☑   No
☐   Yes

**Is anyone else liable on this claim?**

☐   No
☑   Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐   Contingent
☐   Unliquidated
☐   Disputed

| | $3,300,875.01 | $693,578.03 |
|---|---|---|

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

$3,440,899.01

| Debtor | R.H.W. Metals, Inc. | Case number (if known) |
|---|---|---|

## Part 1:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $19,058.30 | $0.00 |
|---|---|---|---|
| **Intech** | **13" Behringer, 403** | | |

Creditor's mailing address
**PO Box 858178**

Describe the lien
**Agreement**

**Minneapolis        MN   55485**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2.3**

| Creditor's name | Describe debtor's property that is subject to a lien | $10,156.59 | $0.00 |
|---|---|---|---|
| **Intech** | **Cosen 16" saw, 408** | | |

Creditor's mailing address
**PO Box 858178**

Describe the lien
**Agreement**

**Minneapolis        MN   55485**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **R.H.W. Metals, Inc.** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4**

| | | |
|---|---|---|
| **Creditor's name**<br>**Intech** | **Describe debtor's property that is subject to a lien**<br>**Cosen 16" saw, 410** | $12,105.42    $0.00 |

**Creditor's mailing address**
**PO Box 858178**

_____

_____

**Minneapolis          MN   55485**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5**

| | | |
|---|---|---|
| **Creditor's name**<br>**Intech** | **Describe debtor's property that is subject to a lien**<br>**Cosen 20" saw, 700** | $69,265.72    $0.00 |

**Creditor's mailing address**
**PO Box 858178**

_____

_____

**Minneapolis          MN   55485**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **R.H.W. Metals, Inc.** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6** **Creditor's name**
**Intech**

**Creditor's mailing address**
**PO Box 4130**

_____

_____

**Hopkins              MN    55343**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number**    ___  ___  ___  ___

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐  No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐  Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Cosen 30" saw, 500**

**Describe the lien**

**Agreement**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $29,437.97 | $0.00 |

**Fill in this information to identify the case:**

Debtor    **R.H.W. Metals, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐    No. Go to Part 2.
☑    Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
       If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,785.31 | $99,785.31 |

**2.1**   Priority creditor's name and mailing address

**Harrison Central Appraisal District**

**PO Box 818**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Marshall                    TX      75671**

Date or dates debt was incurred

Last 4 digits of account
number         __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim      **$99,785.31**

Priority amount      **$99,785.31**

**2.2**   Priority creditor's name and mailing address

**Harrison County Tax Office**

**P. O. Box 967**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Marshall                    TX      75671**

Date or dates debt was incurred

Last 4 digits of account
number         __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim      **$11,969.21**

Priority amount      **$11,969.21**

Debtor    **R.H.W. Metals, Inc.**                                Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                         **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91.90 |

**AAA Cooper Transportation**

**PO Box 935003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta**          **GA**    **31193**        **R.H.W. Metals, Inc. debt**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __     ☒ No
                                                    ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $283.80 |

**ABC Auto Parts**

**PO Box 3688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Longview**          **TX**    **75606**        **R.H.W. Metals, Inc. debt**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __     ☒ No
                                                    ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,360.00 |

**Accu Test Labs**

**PO Box 802404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**          **TX**    **77280**        **R.H.W. Metals, Inc. debt**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __     ☒ No
                                                    ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,406.50 |

**Acme Air Conditioning**

**6211 McCann Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Longview**          **TX**    **75605**        **R.H.W. Metals, Inc. debt**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __     ☒ No
                                                    ☐ Yes

Debtor    **R.H.W. Metals, Inc.**                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$7,754.52

ADP Screening & Selection

PO Box 45177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Cincinnati          OH    45264          R.H.W, Metals debt - payroll preparation services

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**Alan Katz represents ADP Screening & Selection for collection of debt**

---

**3.6** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$136.07

ADT Security Services

PO Box 371878

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Pitssburgh          PA    15250          R.H.W. Metals, Inc. debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$110.00

Aerosmith Aviation

325 Corporate Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Longview          TX    75603          R.H.W. Metals, Inc. debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$5,731.26

Afco Insurance

PO Box 4795

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Carol Stream          IL    60197-4795          R.H.W. Metals, Inc. debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $942.47 |

AM Castle

PO Box 775477

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
R.H.W. Metals, Inc. debt

Chicago                IL        60677

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $545.00 |

America's 401K

8131 LBJ Freeway, Ste. 770

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
R.H.W. Metals, Inc. debt

Dallas                 TX        75251

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $184.02 |

American Exterminating

PO Box 2548

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
R.H.W. Metals, Inc. debt

Longview               TX        75606

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | $7,325.78 |

American Metal Group

290 Lower Bon Air Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
R.H.W. Metals, Inc. debt

Sylacauga              AL        35150

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  __R.H.W. Metals, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | **Nonpriority creditor's name and mailing address** |

**Angelina American**

**PO Box 151837**

**Lufkin**                          **TX**      **75915**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,694.77

| 3.14 | **Nonpriority creditor's name and mailing address** |

**AT&T Mobility**

**PO Box 537104**

**Atlanta**                         **GA**      **30353**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,173.59

| 3.15 | **Nonpriority creditor's name and mailing address** |

**Atmos Energy**

**PO Box 790311 St.**

**Louis**                           **MD**      **63179**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

$55.71

| 3.16 | **Nonpriority creditor's name and mailing address** |

**Baker Bots**

**PO Box 3004**

**Longview**                        **TX**      **75606**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

$188.90

Debtor    **R.H.W. Metals, Inc.**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | **Nonpriority creditor's name and mailing address** |

**$612,930.42**

**BancorpSouth Bank**

**1101 E. Pinecrest Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Marshall**            **TX**    **75670**

Basis for the claim:
**PPP Loan**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** |

**$636.71**

**Behringer**

**721 Hemlock Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Morgantown**          **PA**    **19543**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** |

**$8,059.90**

**Blue Cross Blue Shield**

**PO Box 650615**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**            **TX**    **75265-0615**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** |

**$120.00**

**Bright Creative**

**1613 Clarendon St.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Longview**            **TX**    **75601**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| 3.21 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**    $6,206.76
*Check all that apply.*

**Capital Steel**

**240 S. Bridge St, Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dewitt** | **MI** | **48820** |

**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**    $72.53
*Check all that apply.*

**Casa Flora**

**314 Magnolia Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Longview** | **TX** | **75605** |

**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**    $56.83
*Check all that apply.*

**Centerpoint Energy**

**PO Box 4981**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77210** |

**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**    $703.65
*Check all that apply.*

**Century Link # 58923**

**PO Box 4300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Carol Stream** | **IL** | **60197** |

**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   __R.H.W. Metals, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25** **Nonpriority creditor's name and mailing address**

__Century Link # 88507220_____

__PO Box 52187_____

_____

__Phoenix_____ __AZ__  __85072__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __R.H.W. Metals, Inc. debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,144.85

---

**3.26** **Nonpriority creditor's name and mailing address**

__Cintas_____

__PO Box 631025_____

_____

__Cincinnati_____ __OH__  __45263__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __R.H.W. Metals, Inc. debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.77

---

**3.27** **Nonpriority creditor's name and mailing address**

__Cintas Loc# 495_____

__PO Box 650838_____

_____

__Dallas_____ __TX__  __75265__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __R.H.W. Metals, Inc. debt__

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,741.26

---

**3.28** **Nonpriority creditor's name and mailing address**

__Citibusiness Card_____

__PO Box 9001037_____

_____

__Louisville_____ __KY__  __40290__

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Credit Card__

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,410.69

---

| Debtor | R.H.W. Metals, Inc. | Case number (if known) | |
|--------|---------------------|------------------------|--|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

**Citibusiness Card**

**PO Box 9001037**

Louisville                KY        40290

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$3.07

**3.30** Nonpriority creditor's name and mailing address

**City of Longview**

**PO Box 1952**

Longview                TX        75606

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$101.73

**3.31** Nonpriority creditor's name and mailing address

**City of Odessa**

**PO box 2552**

Odessa                TX        79760

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$202.14

**3.32** Nonpriority creditor's name and mailing address

**Clearfly**

**Dept LA 24287**

Pasadena                CA        91185

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$845.65

Debtor     __R.H.W. Metals, Inc._____     Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.90 |

__Colonial Life_____

__PO Box 903_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Columbia_____     SC     29202____

**Basis for the claim:**
__R.H.W. Metals, Inc. debt_____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,147.90 |

__Continental Best Drive_____

__5702 FM 2087 S_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Longview_____     TX     75603____

**Basis for the claim:**
__R.H.W. Metals, Inc. debt_____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280,451.06 |

__Crossroads Steel_____

__336 West US Hwy30, Ste 201_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Valparaio_____     IN     46385____

**Basis for the claim:**
__R.H.W. Metals, Inc. debt_____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

__DATCS_____

__PO Box 5819_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Longview_____     TX     75608____

**Basis for the claim:**
__R.H.W. Metals, Inc. debt_____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

Debtor   __R.H.W. Metals, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | | **$545.00** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__Definiti_____

__2201 Timberlock Place, Ste. 150_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__The Woodlands_____TX____77380____   __R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | | **$1,098.75** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__Demarco Machine_____

__6750 McHard Rd_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Houston_____TX____77053____   __R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | | **$62,279.15** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__Eaton Steel_____

__PO Box 673263_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Detroit_____MI____48267____   __R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | | **$527.52** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

__Engie Resources_____

__PO Box 9001025_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Louisville_____KY____40290____   __R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

Debtor   **R.H.W. Metals, Inc.**                               Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | | **$7,398.95** |

**Euler Hermes**

**800 Red Brook Blvd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Owings Mills            MD      21117**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred            _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | | **$1,149.89** |

**FedEx**

**PO Box 660481**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas              TX      75266**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred            _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | | **$815.55** |

**FedEx Freight**

**PO Box 10306**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Palatine            IL      60055**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred            _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | | **$62,429.32** |

**Finki Steel**

**100 McCarthy St-Joseph-De-Sorel**

**QC 13R 3M8, Canada**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred            _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number      __ __ __ __

---

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.45 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$2,745.39**

__Fleet Lube_____

__PO Box 2920_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Kilgore_____ TX____ 75663____

**Basis for the claim:**
__R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$534,961.43**

__Frisa Metals_____

__8350 Ashlane Way, Ste 201_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__The Woodlands_____ TX____ 77382____

**Basis for the claim:**
__R.H.W Metals, Inc. debt_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$12,000.00**

__GreatAmerica Financial Services Corp._____

__625 1st Street Southeast Suite 800_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Cedar Rapids_____ IA____ 52401____

**Basis for the claim:**
__R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,010.49**

__Hedge Purchasing_____

__PO Box 11422_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Scottsdale_____ AZ____ 85271____

**Basis for the claim:**
__R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) |
|--------|-------------------------|------------------------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49**   Nonpriority creditor's name and mailing address

**Holt Caterpillar**

**PO Box 650345**

**Dallas**                          **TX**      **75265-0345**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,887.10**

---

**3.50**   Nonpriority creditor's name and mailing address

**Holt Truck Center**

**PO Box 650345**

**Dallas**                          **TX**      **75265**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,423.04**

---

**3.51**   Nonpriority creditor's name and mailing address

**Hudson Energy**

**PO Box 731137**

**Dallas**                          **TX**      **75373**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$646.11**

---

**3.52**   Nonpriority creditor's name and mailing address

**Hyquality Alloys**

**Drawer #2356, PO Box 5935**

**Troy**                            **MI**      **48007**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$145,847.49**

---

Debtor   **R.H.W. Metals, Inc.** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.53 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$8,059.90**

**Industrial Mill**

☐ Contingent
**PO Box 6188**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Texarkana**          **TX**   **75505**   **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,750.00**

**Insperity**

☐ Contingent
**3 Waterway Squaare PL #425**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**The Woodlands**       **TX**   **77380**   **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$258,866.09**

**Interfer**

☐ Contingent
**1990 NE 163 St. Ste 240**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**North Miama Beach**    **FL**   **33162**   **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,920.00**

**Joe Favella**

☐ Contingent
**1306 N. 7th Street**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Longview**           **TX**   **75601**   **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

Debtor   **R.H.W. Metals, Inc.** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
_Check all that apply._

**$1,380.90**

**Joe Permenter**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 1362**

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**Lindale                    TX     75771**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
_Check all that apply._

**$38.50**

**Kilgore Tire Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 1202**

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**Kilgore                    TX     75663**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
_Check all that apply._

**$2,192.67**

**Liberty National**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 248889**

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**Oklahoma City              OK     73124**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
_Check all that apply._

**$85.00**

**LOMC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3202 N. Fourth St, Ste 100**

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**Longview                   TX     75605**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

Debtor   **R.H.W. Metals, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$2,087.88**

**Lowes**

**PO Box 530954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Atlanta**                    **GA**    **30353**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.62 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$167,512.47**

**Magellan Corporation**

**1650 Lake Cook Rd. Ste 300A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Deerfield**                  **IL**    **60015**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.63 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$13,450.00**

**Mass Flanage**

**6202 Lumberdale Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Houston**                    **TX**    **77092**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.64 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$2,807.73**

**Master Aligners**

**PO Drawer 729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Longview**                   **TX**    **75607**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,675.00 |

**Meredith Wilcox Trust**

**228 Hunters Circle**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Longview**            **TX**    **75605**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.66 | Nonpriority creditor's name and mailing address | | $18,427.00 |

**Modern Tax Group**

**12001 N. Central Expressway Ste 110**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Dallas**            **TX**    **75243**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.67 | Nonpriority creditor's name and mailing address | | $8,293.95 |

**N & R Machine Sales**

**9292 Industrial Drive**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Navasota**            **TX**    **77868**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.68 | Nonpriority creditor's name and mailing address | | $15,662.60 |

**National Tube**

**Dept. 10388**

**PO Box 87618**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

**Chicago**            **IL**    **60680**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **R.H.W. Metals, Inc.** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.69**   **Nonpriority creditor's name and mailing address**

**Nationwide Insurance**

**PO Box 51450**

**Los Angeles**            **CA**    **90051-4540**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**$13,792.37**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70**   **Nonpriority creditor's name and mailing address**

**Nationwide Insurance**

**P.O. Box 10479**

**Des Moines, IA 50306-049**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance**

**$5,253.63**

Date or dates debt was incurred          _____

Last 4 digits of account number    8   9   7   3

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71**   **Nonpriority creditor's name and mailing address**

**New Orleans Gardens**

**2100 Judson Rd**

**Longview**            **TX**    **75605**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**$3,039.98**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72**   **Nonpriority creditor's name and mailing address**

**Nirosteel**

**5970 Fairview Rd. Ste. 220**

**Charlotte**            **NC**    **28210**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**$218,178.59**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.73 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$5,295.00**

__North American Metals_____

__20001 Oil Center Blvd_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__Houston_____TX____77073____

__R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$16,093.02**

__Nucor_____

__PO Box 412934_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__Kansas City_____MO____64141____

__R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$25.00**

__Oklahoma Turnpike Authority_____

__PO Box 11255_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__Oklahoma City_____OK____73136____

__R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$88.77**

__Orkin_____

__5030 E. University, Ste D103_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__Odessa_____TX____79762____

__R.H.W. Metals, Inc. debt_____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

Debtor   __R.H.W. Metals, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.77** Nonpriority creditor's name and mailing address

**Pinecrest Country Club**

**PO Drawer 991 Country Club Rd**

**Longview**                    **TX**      **75606**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$923.91**

**3.78** Nonpriority creditor's name and mailing address

**Pisec Group**

**57 W 57th St 4th Floor**

**New York**                    **NY**      **10019**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$156,228.90**

**3.79** Nonpriority creditor's name and mailing address

**Pitney Bowes Global Fin.**

**PO Box 371874**

**Pittsburg**                    **PA**      **15250**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,727.70**

**3.80** Nonpriority creditor's name and mailing address

**Pliler International**

**3016 Easton Rd.**

**PO Box 7408**

**Longview**                    **TX**      **75607**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$41,648.05**

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                     **$11,845.44**

__Priority 1_____
☐ Contingent
__PO Box 840808_____
☐ Unliquidated
☐ Disputed
_____

Basis for the claim:
__Dallas_____ TX____ 75284_____    __R.H.W. Metals, Inc. debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                     **$171.15**

__Protective Life Insurance_____
☐ Contingent
__PO Box 2224_____
☐ Unliquidated
☐ Disputed
_____

Basis for the claim:
__Birmingham_____ AL____ 35246_____    __R.H.W. Metals payment of interest on loans__

Date or dates debt was incurred    _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                     **$23.92**

__Reliance Life Insuarnce_____
☐ Contingent
__PO Box 82510_____
☐ Unliquidated
☐ Disputed
_____

Basis for the claim:
__Lincoln_____ NE____ 68501_____    __R.H.W. Metals dental/vision coverage for employees__

Date or dates debt was incurred    _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                     **$141.37**

__Reliance Standard Insurance_____
☐ Contingent
__PO Box 650804_____
☐ Unliquidated
☐ Disputed
_____

Basis for the claim:
__Dallas_____ TX____ 75265_____    __R.H.W. Metals voluntary life ins. for employees__

Date or dates debt was incurred    _____    Is the claim subject to offset?
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

Debtor     **R.H.W. Metals, Inc.**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.85 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,500.00**

**Richard Wilcox**

**1417 New Forest Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**Longview**                    **TX**    **75601**

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$120.00**

**Rico Masonry**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$831.48**

**Rolled Alloys**

**9818 E. Hardy Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**Houston**                    **TX**    **77093**

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$483.64**

**Ross Plumbing**

**1074 Merrills Lake Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**R.H.W. Metals, Inc. debt**

**Longview**                    **TX**    **75604**

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor   __R.H.W. Metals, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | | $1,776.40 |

**Saia Motor Freight**

**PO Box 730532**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                              **TX**      **75373**

Basis for the claim:  **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | | $5,300.00 |

**Scott Long**

**PO Box 1086**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Hallsville**                          **TX**      **75650-1086**

Basis for the claim:  **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | | $125.00 |

**SFI/Gray Steel**

**PO Box 731529**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                              **TX**      **75373**

Basis for the claim:  **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | | $779.79 |

**Shell**

**PO Box 78062**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Phoenix**                             **AZ**      **85062**

Basis for the claim:  **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

Debtor    **R.H.W. Metals, Inc.** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$53.50** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Shred-It**

**28883 Network Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **R.H.W. Metals, Inc. debt**

**Chicago**        IL     **60673**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.94 | Nonpriority creditor's name and mailing address | **$303.65** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Southeastern Freight**

**PO Box 100104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **R.H.W. Metals, Inc. debt**

**Columbia**        SC     **29202**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.95 | Nonpriority creditor's name and mailing address | **$8,313.84** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Southern Longview Auto**

**415 W. Marshall Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **R.H.W. Metals, Inc. debt**

**Longview**        TX     **75601**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.96 | Nonpriority creditor's name and mailing address | **$2,120.66** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Specialty Heat Treat**

**PO Box 40637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **R.H.W. Metals, Inc. debt**

**Houston**        TX     **77240**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $784.12 |

Check all that apply.

**Stewart & Stevenson**

**PO Box 301063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX    75303**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $816.34 |

Check all that apply.

**Sun Coast Resources**

**PO Box 20263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX    75320**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,368.47 |

Check all that apply.

**Sun Life Financial**

**PO Box 9106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wellesley Hills**            **MA    02481-9106**

Basis for the claim:
**R.H.W. Metals debt for dental/vision for employees**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | | $2,156.08 |

Check all that apply.

**Swepco**

**PO Box 24422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Canton**                    **OH    44701**

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.101**    Nonpriority creditor's name and mailing address

**Technical Machine Sales**

**521 Della Rd.**

_____

| **Longview** | **TX** | **75601** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$166.00**

---

**3.102**    Nonpriority creditor's name and mailing address

**Texas Document Solutions**

**PO Box 41602**

_____

| **Philadelphia** | **PA** | **19101** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$2,434.88**

---

**3.103**    Nonpriority creditor's name and mailing address

**Texas Honing**

**PO Box 733650**

_____

| **Dallas** | **TX** | **75303** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$8,313.84**

---

**3.104**    Nonpriority creditor's name and mailing address

**Tier 1 Detailing**

**151 Skyway Dr.**

_____

| **Longview** | **TX** | **75603** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$550.00**

---

Debtor   __R.H.W. Metals, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.105** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$741.75**

**Travelers Insurance**

☐ Contingent

**PO Box 660317**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Dallas                TX     75266**     **R.H.W. Metals umbrella ins.coverage for R.H.Wilcox**

Date or dates debt was incurred           _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$93,549.33**

**Trek Metals**

☐ Contingent

**5221 N. O'Conner Blvd. Ste 750**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Irving                 TX     75039**     **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred           _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

**3.107** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$113.17**

**Truck Parts World**

☐ Contingent

**PO Box 31625**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Amarillo              TX     79120**     **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred           _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,177.19**

**Tube Supply**

☐ Contingent

**4669 Brittmoore Rd**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Houston              TX     77041**     **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred           _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __     ☑ No
☐ Yes

Debtor   __R.H.W. Metals, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109** **Nonpriority creditor's name and mailing address**

__United Health Care_____

__Dept.CH 10151_____

_____

__Palatine_____ __IL____ __60055_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Health insurance for Richard H. Wilcox, Jr.__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$264.09**

---

**3.110** **Nonpriority creditor's name and mailing address**

__Unum Life Ins._____

__PO Box 409548_____

_____

__Atlanta_____ __GA____ __30384_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**STD - Short Term Disability**
**LTD - Long Term Disability**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__STD & LTD ins. for employees__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,802.73**

---

**3.111** **Nonpriority creditor's name and mailing address**

__UPS Freight_____

__PO Box 730900_____

_____

__Dallas_____ __TX____ __75373_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__R.H.W. Metals, Inc. debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$385.26**

---

**3.112** **Nonpriority creditor's name and mailing address**

__UPS Postage_____

__PO Box 7247-0244_____

_____

__Philadelphia_____ __PA____ __19170_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__R.H.W. Metals, Inc. debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$61.14**

---

Debtor    **R.H.W. Metals, Inc.** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.113 | **Nonpriority creditor's name and mailing address** |
|---|---|

**US Post Office**

**200 E. Methvin St**

**Longview**      **TX**     **75601**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$127.00**

---

| 3.114 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Verizon # 342171768**

**PO Box 660108**

**Dallas**      **TX**     **75266**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,186.66**

---

| 3.115 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Verizon Connect**

**PO Box 115043**

**Albany**      **NY**     **12212**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,250.66**

---

| 3.116 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Vulcan Threaded Products**

**PO Box 71871**

**Chicago**      **IL**     **60694**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**R.H.W. Metals, Inc. debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,098.96**

| Debtor | R.H.W. Metals, Inc. | | Case number (if known) | |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address | | **$1,372.36** |

**Waste Connection**

**PO Box 679859**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75267** |

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.118 | Nonpriority creditor's name and mailing address | | **$98.52** |

**Web Envy**

**1403 Foulk Rd. Ste. 201**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wilmington** | **DE** | **19803** |

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.119 | Nonpriority creditor's name and mailing address | | **$1,675.00** |

**Whitney Wilcox Trust**

**141 Macy Grace Ln**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Longview** | **TX** | **75605** |

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.120 | Nonpriority creditor's name and mailing address | | **$926.71** |

**Zeno Office Solutions**

**PO Box 660831**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Dallas** | **TX** | **75266** |

Basis for the claim:    **R.H.W. Metals, Inc. debt**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$111,754.52** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$3,959,731.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$4,071,485.52** |

| Fill in this information to identify the case: |
| --- |
| Debtor name **R.H.W. Metals, Inc.** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) _____    Chapter __**7**__ |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **R.H.W. Metals, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Richard H. Wilcox, Jr.** | **1417 New Forest Drive**<br>Number       Street | **BTH Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Longview**          **TX   75601**<br>City                    State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **R.H.W. Metals, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................. | **$1,366,569.47** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................... | **$1,366,569.47** |

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$3,440,899.01** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................. | **$111,754.52** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | **+ $3,959,731.00** |

4. **Total liabilities**
   Lines 2 + 3a + 3b..................................................................................................... | **$7,512,384.53** |

**Fill in this information to identify the case and this filing:**

Debtor Name  __**R.H.W. Metals, Inc.**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known)  _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/29/2021**__     X __/s/ Richard H. Wilcox, Jr.__
MM / DD / YYYY       Signature of individual signing on behalf of debtor

__**Richard H. Wilcox, Jr.**__
Printed name

__**President**__
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name        __**R.H.W. Metals, Inc.**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known)         _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:      Income

**1.  Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __09/01/2020__ to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | | __$1,807,696.39__ |
| **For prior year:** | From __09/01/2019__ to __08/31/2020__<br>MM / DD / YYYY   MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | | __$11,898,835.00__ |
| **For the year before that:** | From __09/01/2018__ to __08/31/2019__<br>MM / DD / YYYY   MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | | __$27,902,371.00__ |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be
adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **BTH Bank**<br><span style="font-size:small">Creditor's name</span><br>**1402 McCann Road**<br><span style="font-size:small">Street</span><br><br>__Longview__      __TX__   __75601__<br><span style="font-size:small">City       State   ZIP Code</span> | 01/27/21 -<br>04/27/21 | __$206,980.09__ | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **R.H.W. Metals, Inc.** _____    Case number (if known) _____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Intech**<br>Creditor's name<br>**P.O. Box 858178**<br>Street<br><br>**Minneapolis      MN    55485**<br>City      State    ZIP Code | **02/09/21**<br>**03/04/21**<br>**03/19/21** | **$129,228.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3. **Michael E. Gazette**<br>Creditor's name<br>**100 E. Ferguson Street, Suite 1000**<br>Street<br><br>**Tyler      TX    75702**<br>City      State    ZIP Code | **4-27-2021** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Legal Services** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.4. **Richard H. Wilcox, Jr.**<br>Creditor's name<br>**1417 New Forest Lane**<br>Street<br><br>**Longview      TX    75601**<br>City      State    ZIP Code | **01/28/21-**<br>**04/28/21** | **$13,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **BTH Bank**<br>Insider's name<br>**1402 McCann Road**<br>Street<br><br>**Longview      TX    75601**<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | **4/24/2020** | **$5,000.00** | **loan payment** |

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **BTH Bank**<br>Insider's name<br>**1402 McCann Road**<br>Street<br><br>**Longview      TX    75601**<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | **4/30/2020** | **$25,000.00** | **loan payment** |

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known) _____
          Name

| **Insider's name and address** | | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.3. | **BTH Bank** | **5/10/2020** | **$5,000.00** | **loan payment** |
| | Insider's name | | | |
| | **1402 McCann Road** | | | |
| | Street | | | |
| | | | | |
| | **Longvew**    **TX**    **75601** | | | |
| | City        State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |

| **Insider's name and address** | | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.4. | **BTH Bank** | **05/15/2020** | **$5,000.00** | **loan payment** |
| | Insider's name | | | |
| | **1402 MCann Road** | | | |
| | Street | | | |
| | | | | |
| | **Longview**    **TX**    **75601** | | | |
| | City        State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |

| **Insider's name and address** | | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.5. | **BTH Bank** | **05/27/2020** | **$3,000.00** | **loan payment** |
| | Insider's name | | | |
| | **1402 McCann Road** | | | |
| | Street | | | |
| | | | | |
| | **Longview**    **TX**    **75601** | | | |
| | City        State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |

| **Insider's name and address** | | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.6. | **BTH Bank** | **05/29/2020** | **$8,015.51** | **loan payment** |
| | Insider's name | | | |
| | **1402 McCann Road** | | | |
| | Street | | | |
| | | | | |
| | **Longview**    **TX**    **75601** | | | |
| | City        State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |

| **Insider's name and address** | | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.7. | **BTH Bank** | **07/02/2020** | **$18,440.12** | **loan payment** |
| | Insider's name | | | |
| | **1402 McCann Road** | | | |
| | Street | | | |
| | | | | |
| | **Longview**    **TX**    **75601** | | | |
| | City        State    ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |

Debtor   **R.H.W. Metals, Inc.**                                          Case number (if known)   _____
         _____
         Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. **BTH Bank** | **07/31/2020** | **$15,728.34** | **loan payment** |

Insider's name
**1402 McCann Road**
_____
Street

_____

**Longview**              **TX**     **75601**
_____   _____   _____
City                      State    ZIP Code

**Relationship to debtor**

_____

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9. **BTH Bank** | **09/08/2020** | **$21,151.90** | **loan payment** |

Insider's name
**1402 McCann Road**
_____
Street

_____

**Longview**              **TX**     **75601**
_____   _____   _____
City                      State    ZIP Code

**Relationship to debtor**

_____

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.10. **BTH Bank** | **09/30/2020** | **$11,931.85** | **loan payment** |

Insider's name
**1402 McCann Road**
_____
Street

_____

**Longview**              **TX**     **75601**
_____   _____   _____
City                      State    ZIP Code

**Relationship to debtor**

_____

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11. **BTH Bank** | **10/30/2020** | **$16,270.69** | **loan payment** |

Insider's name
**1402 McCann Road**
_____
Street

_____

**Longview**              **TX**     **75601**
_____   _____   _____
City                      State    ZIP Code

**Relationship to debtor**

_____

Debtor  **R.H.W. Metals, Inc.**                                      Case number (if known) _____
        Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **BTH Bank** <br> Creditor's name <br> **1402 McCann Road** <br> Street <br><br> **Longview**   **TX**   **75601** <br> City   State   ZIP Code | **Setoff from bank account** <br><br> Last 4 digits or account number: XXXX-__ __ __ __ | **1/11/2021** | **$37,481.50** |
| **BTH Bank** <br> Creditor's name <br> **1402 McCann Road** <br> Street <br><br> **Longview**   **TX**   **75601** <br> City   State   ZIP Code | **Setoff from bank account** <br><br> Last 4 digits or account number: XXXX-__ __ __ __ | **1/15/2021** | **$570.00** |
| **BTH Bank** <br> Creditor's name <br> **1402 McCann Road** <br> Street <br><br> **Longview**   **TX**   **75601** <br> City   State   ZIP Code | **Setoff from bank account** <br><br> Last 4 digits or account number: XXXX-__ __ __ __ | **2/12/2021** | **$275.00** |
| **BTH Bank** <br> Creditor's name <br> **1402 McCann Road** <br> Street <br><br> **Longview**   **TX**   **75601** <br> City   State   ZIP Code | **Setoff from bank account** <br><br> Last 4 digits or account number: XXXX-__ __ __ __ | **2/25/2021** | **$1,584.65** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Pisec Group, America, LLC v. R.H.W. Metals, Inc. and Richard H. Wilcox** | **Suit on debt** | **Gregg County Court at Law #2** <br> Name <br> **101 E. Methvin St. Ste. 303** <br> Street | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2021-99-CCL2** | | **Longvew**      **TX**   **75601** <br> City            State   ZIP Code | |
| 7.2. | Case title <br> **Crossroads Steel Supply, LLC v. R.H.W. Metals, Inc.** | Nature of case <br> **Suit on debt and derivative claims** | Court or agency's name and address <br> **U.S. District Court Eastern District** <br> Name <br> **211 W. Ferguson St. Ste. 106** <br> Street | Status of case <br> ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **6:20-cv-00573-JCB** | | **Tyler**        **TX**   **75702** <br> City            State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Tiger Athletic Foundation** <br> Recipient's name <br> **P.O. Box 60049** <br> Street <br><br> **New Orleans**     **LA**   **70160** <br> City            State   ZIP Code <br><br> Recipient's relationship to debtor <br> **None** | **Money contributions** | **06/19/19** <br> **07/16/19** <br> **05/15/19** <br> **09/16/19** <br> **10/5/19** <br> **01/16/20** <br> **01/31/20** <br> **02/17/20** <br> **03/16/20** | **$10,720.00** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Micheal E. Gazette** | | **06/25/20** **11/18/20** **01/19/21** | **$35,187.43** |
| | **Address** | | | |
| | **100 E. Ferguson Street, Suite 1000** Street | | | |
| | **Tyler**        **TX**    **75702** City           State    ZIP Code | | | |
| | **Email or website address** **megazette@suddenlinkmail.com** | | | |
| | **Who made the payment, if not debtor?** **Debtor** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Pride Metals** | **2006 Sterling Acterra 4x2 VIN 2FZACGDJ76AW53335** | **11-13-2020** | **$12,636.00** |
| | **Address** | | | |
| | **39 FRJ Drive** Street | | | |
| | **Longview**      **TX**    **75602** City             State    ZIP Code | | | |
| | **Relationship to debtor** **Buyer** | | | |

Debtor  **R.H.W. Metals, Inc.**                                    Case number (if known)  _____
         Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. **Robert English** | **2002 Big Tex Gooseneck #804-T** | **10-1-2020** | **$3,000.00** |

**Address**

**1045 Seagull Road**
Street

**Gladewater**        **TX**    **75647**
City                 State   ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.3. **V&T Truck Center** | **2009 Direct Flatbed Trailer VIN 5UJFS48289T000995** | **12-18-2020** | **$7,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

**Longview**        **TX**    **75602**
City              State   ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.4. **JCT Auto Sales** | **2011 Chevrolet Silverado 2500 VIN 1GC1KCG6BF101615** | **1/6/21** | **$12,000.00** |

**Address**

**2101 E Loop 281**
Street

**Longview**        **TX**    **75601**
City              State   ZIP Code

**Relationship to debtor**

**Buyer**

Debtor   **R.H.W. Metals, Inc.**                                     Case number (if known) _____
_____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.5.  **Pride Metals** | **Chevrolet 1 Ton VIN 1GB6CZB69AF112869** | **11/13/2020** | **$15,813.00** |
| **Address** | | | |
| **38 FRJ Drive** Street | | | |
| **Longview      TX     75602** City      State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.6.  **V&T Truck Center** | **2012 Direct Platform Trailer Model #DT48STSLAW-C;  VIN 5UJFS4827CT001577** | **12/18/20** | **$8,000.00** |
| **Address** | | | |
| **5001 Whitehurst Drive** Street | | | |
| **Longview      TX     75602** City      State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.7.  **Richard Wilcox** | **1981 GMC 3/4 Ton VIN 1GTGC24M5BS515694** | **11/12/2020** | **$2,800.00** |
| **Address** | | | |
| **1417 New Forest Lane** Street | | | |
| **Longview      TX     75601** City      State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| **President/Director** | | | |

Debtor    **R.H.W. Metals, Inc.**                                        Case number (if known)    _____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.8. **V&T Truck Center** | **2006 Peterbilt 379 6x4 127 VIN 1XP5DB9X36D883310** | **12/4/2020** | **$25,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

_____

**Longview**        **TX**    **75602**
City            State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.9. **V&T Truck Center** | **2007 Fontaine Trailer VIN 13N14830471544732** | **12/18/2020** | **$7,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

_____

**Longview**        **TX**    **75602**
City            State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.10. **V&T Truck Center** | **2007 Kenworth W900L 6x4 130" BB VIN 1XKWDB9X47J195605** | **12/4/2020** | **$25,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

_____

**Longview**        **TX**    **75602**
City            State    ZIP Code

**Relationship to debtor**

**Buyer**

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.11. | **JCT Auto Sales** | **2008 fORD f-250 4x4 25 SD XL  VIN 1FTNF21468EE50650** | **1/4/2021** | **$5,000.00** |

**Address**

**2101 E Loop 281**
Street

| **Longview** | **TX** | **75601** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.12. | **Thomas Oilfield** | **2009 Great Dane Trailer VIN VIN 1GRDM96259H711314** | **12/15/2020** | **$10,000.00** |

**Address**

**4250 SE Loop 281**
Street

| **Longview** | **TX** | **75602** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.13. | **V&T Truck Center** | **2009 Fontaine Trailer VIN 13N1482C4915491549038** | **12/18/2020** | **$7,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

| **Longview** | **TX** | **75602** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

Debtor      **R.H.W. Metals, Inc.**                                     Case number (if known) _____
           Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.14.  **V&T Truck Center**              **2012 Direct Platform Trailer**      **12/18/2020**      **$8,000.00**
                                         **VIN 5UJFS4829CT001578**

       **Address**

       **5001 Whitehurst Drive**
       Street

       _____

       **Longview**        **TX**    **75602**
       City               State   ZIP Code

       **Relationship to debtor**

       **Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.15.  **Michael Pearson**              **2012 Fontaine Platform Trailer**      **1/1/2021**      **$8,500.00**
                                         **VIN 13N1482C6C1556354**

       **Address**

       **4885 FM 726 S**
       Street

       _____

       **Gilmer**          **TX**    **75645**
       City               State   ZIP Code

       **Relationship to debtor**

       **Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.16.  **Pride Metals**                 **2014 Viking Trailer**               **12/11/2020**      **$12,000.00**
                                         **VIN 1V9DS4821EN062543**

       **Address**

       **39 FRJ Drive**
       Street

       _____

       **Longview**        **TX**    **75602**
       City               State   ZIP Code

       **Relationship to debtor**

       **Buyer**

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
| | Name | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.17. **Pride Metals** | **2014 International Prostar VIN 3HSDJSJR9EN013424** | **12/22/2020** | **$20,800.00** |
| **Address** | | | |
| **39 FRJ Drive** | | | |
| Street | | | |
| | | | |
| **Longview**  **TX**  **75602** | | | |
| City  State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.18. **Richard Wilcox** | **2017 GMC Arcadia VIN 1GKKNPLS2HZ139803** | **11/3/2020** | **$15,000.00** |
| **Address** | | | |
| **1417 New Forest Lane** | | | |
| Street | | | |
| | | | |
| **Longview**  **TX**  **75601** | | | |
| City  State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **President/Director** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.19. **V&T Truck Center** | **2017 Ford F-350 VIN 1FT8W3A66HEB85611** | **1/14/2021** | **$17,000.00** |
| **Address** | | | |
| **5001 Whitehurst** | | | |
| Street | | | |
| | | | |
| **Longview**  **TX**  **75602** | | | |
| City  State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
| | Name | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.20. **V&T Truck Center** | **2017 Peterbilt M398 VIN 1NPXGGGG70D457105** | **12/4/2020** | **$85,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

| **Longview** | **TX** | **75602** |
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.21. **V&T Truck Center** | **2019 Dorsey Platrom Trailer VIN 5JYFB4823KED12356** | **12/18/2020** | **$14,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

| **Longview** | **TX** | **75602** |
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.22. **V&T Truck Center** | **2013 Nautic Star Boat VIN JNT9611H213** | **12/18/2020** | **$20,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

| **Longview** | **TX** | **75602** |
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

Debtor   **R.H.W. Metals, Inc.**                                    Case number (if known) _____
         Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.23. **RHW Aviation** | **1941 Ford Coupe**<br>**VIN 186265109** | **11/12/2020** | **$11,750.00** |
| **Address** | | | |
| **1417 New Forest Lane**<br>Street | | | |
| | | | |
| **Longview**   **TX**   **75601**<br>City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Owned by President/Director** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.24. **RHW Aviation** | **1949 Packard**<br>**VIN G425694CE** | **11/12/2020** | **$19,500.00** |
| **Address** | | | |
| **1417 New Forest Drive**<br>Street | | | |
| | | | |
| **Longview**   **TX**   **75602**<br>City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Owned by President/Director** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.25. **Robert English** | **2012 Big Tex Gooseneck**<br>**VIN 16VGX2822C2619496** | **10/1/2020** | **$4,000.00** |
| **Address** | | | |
| **1045 Seagull Road**<br>Street | | | |
| | | | |
| **Gladewater**   **TX**   **75647**<br>City   State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

Debtor   **R.H.W. Metals, Inc.**                                              Case number (if known)   _____
         Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.26. **Sharon Parnell** | **2014 Mercedes**<br>**VIN 4JGDF7DE1EA429353** | **11/19/2020** | **$26,000.00** |

**Address**

**8307 Crooked Trail**
Street

_____

| **Tyler** | **TX** | **75703** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.27. **Jose Miranda** | **1996 Kensworth**<br>**VIN 1XKADB9X7TS684028** | **12/19/2020** | **$12,000.00** |

**Address**

**729 N. Nelson**
Street

| **Pampa** | **TX** | **79065** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.28. **Rick Elledge** | **2000 Kenworth**<br>**VIN 1XKWDB9X8YR855633** | **03/20/2020** | **$10,000.00** |

**Address**

**2316 Bear Road**
Street

| **Gilmer** | **TX** | **75644** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

Debtor **R.H.W. Metals, Inc.**        Case number (if known) _____

Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.29. **Rick Elledge** | **1998 CPS Trailer** **VIN 4Z4111622WP000694** | **03/20/2020** | **$10,000.00** |

Address

**2316 Bear Road**
Street

_____

**Gilmer**      **TX**    **75644**
City         State    ZIP Code

Relationship to debtor

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.30. **Unknown** | **2014 International 4300 Truck** **VIN 3HAMMAAM8EL785595** | **06/20/2020** | **$23,500.00** |

Address

_____
Street

_____

_____
City         State    ZIP Code

Relationship to debtor

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.31. **Whitney Gretzinger** | **2015 Suburban** **VIN 1G NSCKKC 2FR 67 1 3 14** | **07/01/2020** | **$16,000.00** |

Address

**141 Macey Grace Lane**
Street

_____

**Longview**      **TX**    **75605**
City         State    ZIP Code

Relationship to debtor

**Daughter of President/Director**

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.32. **Unknown** | **2018 Mercedes VIN WDD1J6GB2JF024395** | **08/20/2020** | **$36,702.00** |

**Address**

_____
Street

_____

_____
City          State    ZIP Code

**Relationship to debtor**

**Buyer**
_____

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.33. **EZ Padding** | **16" HEM Saw (1980) Model No. 1200LA Serial No. 119580** | **8/19/2020** | **$1,250.00** |

**Address**

**1550 Laredo Drive**
Street

**Odessa          TX    79761**
City          State    ZIP Code

**Relationship to debtor**

**Buyer**
_____

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.34. **N&R Machine Sales** | **32" HEM Saw Model No. H32236A-DC-C Serial No. 1099611** | **11/12/2020** | **$30,000.00** |

**Address**

**9292 Industrial Drive**
Street

**Navasota          TX    77868**
City          State    ZIP Code

**Relationship to debtor**

**Buyer**
_____

Debtor    **R.H.W. Metals, Inc.**                                          Case number (if known) _____
          Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.35. **N&R Machine Sales** | **20" Hem Saw (2015) Model No. H-130HA-DC-C Serial No. 123115** | **11/12/2020** | **$25,000.00** |
| **Address** | | | |
| **9292 Industrial Drive** Street | | | |
| | | | |
| **Navasota** **TX** **77868** City State ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.36. **Meredith Lynn Wilcox Trust, et al** | **Pro-Serve 15 Ton Crane Serial No. A11884** | **03/2021** | **$25,064.52** |
| **Address** | | | |
| **228 Hunters Circle** Street | | | |
| | | | |
| **Longview** **TX** **75605** City State ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Shareholders** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.37. **Pride Metals** | **22" Behringer Saw Model No. HBM450A Serial No. 10008617** | **11/13/2020** | **$60,000.00** |
| **Address** | | | |
| **39 FRJ Drive** Street | | | |
| | | | |
| **Longview** **TX** **75602** City State ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

Debtor **R.H.W. Metals, Inc.** _____  Case number (if known) _____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.38. **Pride Metals** | **16" Cosen Saw** **Model No. C-420** **Serial No. C105147080** | **11/13/2020** | **$18,000.00** |
| **Address** | | | |
| **39 FRJ Drive** Street | | | |
| **Longview**  **TX**  **75602** City  State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.39. **Pride Metals** | **16" Cosen Saw** **Model No. C-420** **Serial No. C10547059** | **11/13/2020** | **$18,000.00** |
| **Address** | | | |
| **39 FRJ Drive** Street | | | |
| **Longview**  **TX**  **75602** City  State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.40. **EZ Padding** | **14" HEM Saw (1978** **Model No. 1200LAS** **Seral No. 62978** | **8/19/2020** | **$1,250.00** |
| **Address** | | | |
| **1550 Laredo Drive** Street | | | |
| **Odessa**  **TX**  **79761** City  State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

Debtor    **R.H.W. Metals, Inc.**
_____    Case number (if known)    _____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.41.  **Pride Metals**

**Address**

**39 FRJ Drive**
Street

**Longview**      **TX**    **75602**
City        State   ZIP Code

**Relationship to debtor**

**Buyer**

**32" HEM Saw**
**Model No. H3236A-DC-C**
**Serial No. 1196314**

**11/13/2020**    **$50,000.00**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.42.  **Pride Metals**

**Address**

**39 FRJ Drive**
Street

**Longview**      **TX**    **75602**
City        State   ZIP Code

**Relationship to debtor**

**Buyer**

**Komatu Forklift - 70**
**Model No. RD70-10**
**Serial No. 55112**

**11/13/2020**    **$22,000.00**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.43.  **Pride Metals**

**Address**

**39 FRJ Drive**
Street

**Longview**      **TX**    **75602**
City        State   ZIP Code

**Relationship to debtor**

**Buyer**

**Toyota**
**7FDU40**
**Model No. 70578**

**11/13/2020**    **$19,000.00**

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
| | Name | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.44. | **Meredith Lynn Wilcox Trust, et al** | **10-Ton Overhead Crane Hub City Model No. 10-Ton Hoist Serial No. 164059** | **03/2021** | **$17,903.23** |
| | **Address** | | | |
| | **228 Hunters Circle** Street | | | |
| | **Longview       TX     75605** City           State   ZIP Code | | | |
| | **Relationship to debtor** **Shareholders** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.45. | **Meredith Lynn Wilcox Trust, et al** | **15-Ton Overhead Crane Pro-Serve Model No. 15-Ton Hoist Serial No. 164060** | **3/2021** | **$25,064.52** |
| | **Address** | | | |
| | **228 Hunters Circle** Street | | | |
| | **Longview       TX     75605** City           State   ZIP Code | | | |
| | **Relationship to debtor** **Shareholders** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.46. | **Meredith Lynn Wilcox Trust, et al** | **15-Ton Overhead Crane Ace Gaffey Model No. 15-Ton Hoist Serial No. 3224164** | **03/2021** | **$17,903.23** |
| | **Address** | | | |
| | **228 Hunters Circle** Street | | | |
| | **Longview       TX     75605** City           State   ZIP Code | | | |
| | **Relationship to debtor** **Shareholders** | | | |

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.47. **Pride Metals** | **JIB Crane** **Spanco** **Model No. 500-1000-12-12** **Serial No. V10729-01-A** | **11/13/2020** | **$3,000.00** |

**Address**

**39 FRJ Drive**
Street

| **Longview** | **TX** | **75602** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.48. **Pride Metals** | **JIB Crane** **Met-Track** **Serial No. 168931-01** | **11/13/2020** | **$2,500.00** |

**Address**

**39 FRJ Drive**
Street

| **Longview** | **TX** | **75602** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.49. **Pride Metals** | **JIB Crane** | **12/11/2020** | **$1,200.00** |

**Address**

**39 FRJ Drive**
Street

| **Longview** | **TX** | **75602** |
|---|---|---|
| City | State | ZIP Code |

**Relationship to debtor**

**Buyer**

Debtor    **R.H.W. Metals, Inc.**_____      Case number (if known) _____
          Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.50. **Pride Metals** | **EZ-Go Expresss S4 Golf Cart EZ Go Express Model No. 618862G01 Serial No. 3363659** | **11/13/2020** | **$1,500.00** |

**Address**

**39 FRJ Drive**_____
Street

_____

**Longview**     **TX**   **75602**_____
City              State    ZIP Code

**Relationship to debtor**

**Buyer**_____

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.51. **William Kephart** | **John Deere Riding Lawn Mower Model No. E-150** | **11/10/2020** | **$600.00** |

**Address**

**300 Meadow Lake Drive**_____
Street

_____

**Longview**     **TX**   **75604**_____
City              State    ZIP Code

**Relationship to debtor**

**Former Director**_____

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.52. **William Kephart** | **Air Compressor Model No G1454-21 Gallon** | **11/13/2020** | **$40.00** |

**Address**

**300 Meadow Lake Drive**_____
Street

_____

**Longview**     **TX**   **75604**_____
City              State    ZIP Code

**Relationship to debtor**

**Former Director**_____

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.53. **Pipe Supply** | **2011 Toyota Forklift**<br>**Serial No. 70456** | **12/18/2020** | **$15,000.00** |

Address

**1551 Laredo Drive**
Street

| **Odessa** | **TX** | **79761** |
|---|---|---|
| City | State | ZIP Code |

Relationship to debtor

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.54. **Meredith Lynn Wilcox Trust, et al** | **15 Ton Crane - New WHSE**<br>**Serial No. 4370783, 4370784** | **03/2021** | **$25,064.52** |

Address

**228 Hunters Circle**
Street

| **Longview** | **TX** | **75605** |
|---|---|---|
| City | State | ZIP Code |

Relationship to debtor

**Shareholders**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.55. **Eric Groffo** | **2008 Komatsu Forklift**<br>**Model No. F D45T-8**<br>**Serial No. 136253A** | **1/17/2021** | **$10,000.00** |

Address

**125 Baccus Drive**
Street

| **Mesquite** | **TX** | **75150** |
|---|---|---|
| City | State | ZIP Code |

Relationship to debtor

**Buyer**

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.56. **Michael Pearson** | **2012 Toyota Forklift**<br>**Model No. 7FDU70**<br>**Serial No. 70578/a7fdu80** | **1/14/2021** | **$9,500.00** |
| **Address** | | | |
| **4885 FM 726 S**<br>Street | | | |
| **Gilmer**            **TX**    **75645**<br>City                 State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.57. **Eric Groffo** | **Komatur Forklift - 80**<br>**Model No. FD80-8**<br>**Serial No. 46574** | **01/01/2021** | **$10,000.00** |
| **Address** | | | |
| **125 Baccus Drive**<br>Street | | | |
| **Mesquite**          **TX**    **75150**<br>City                 State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.58. **Eric Groffo** | **2011 Caterpillar Forklift**<br>**Model No. DP70**<br>**Serial No. AT20C70191** | **01/07/2021** | **$10,000.00** |
| **Address** | | | |
| **125 Baccus Drive**<br>Street | | | |
| **Mesquite**          **TX**    **75150**<br>City                 State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.59. **Eric Groffo** | **Hyundai**<br>**Make 130D-7E**<br>**Model No. hhihft06cc0000065** | **01/07/2021** | **$10,000.00** |

**Address**

**125 Baccus Drive**
Street

**Mesquite**      **TX**   **75150**
City                State   ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.60. **Eric Groffo** | **New Holland Trailer**<br>**Model No. TL80**<br>**Serial No. 128687B** | **01/07/2021** | **$9,000.00** |

**Address**

**125 Baccus Drive**
Street

**Mesquite**      **TX**   **75150**
City                State   ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.61. **Eric Groffo** | **Club Car**<br>**Model No. P611024-105605**<br>**Serial No. 2011** | **01/07/2021** | **$1,000.00** |

**Address**

**125 Baccus Drive**
Street

**Mesquite**      **TX**   **75150**
City                State   ZIP Code

**Relationship to debtor**

**Buyer**

Debtor   **R.H.W. Metals, Inc.**                                 Case number (if known) _____
          Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.62. | **Pride Metals** | **20" Behringer Saw Model No. HB-511a Serial No. 10008430** | **3/10/2021** | **$25,200.00** |
| | Address | | | |
| | **36 FRJ Drive** | | | |
| | Street | | | |
| | **Longview** **TX** **75602** | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Buyer** | | | |
| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.63. | **Pride Metals** | **16" Cosen Saw Model No. C-420 Serial No. C10614868** | **01/25/2021** | **$12,000.00** |
| | Address | | | |
| | **39 FRJ Drive** | | | |
| | Street | | | |
| | **Longview** **TX** **75062** | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Buyer** | | | |
| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.64. | **N&R Machine Sales** | **12" HEM Saw - Old Model No. H105LA-C Serial No. 1120812** | **03/05/2021** | **$15,000.00** |
| | Address | | | |
| | **9292 Industrial Drive** | | | |
| | Street | | | |
| | **Navasota** **TX** **77868** | | | |
| | City  State  ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Buyer** | | | |

Debtor **R.H.W. Metals, Inc.**        Case number (if known) _____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.65. **N&R Machine Sales** | **32" HEM Saw** **Model No. H323GA-DC-C** **Serial No. 1141812** | **03/05/2021** | **$33,000.00** |
| **Address** | | | |
| **952** Street | | | |
| **Industrial Drive** | | | |
| **Navasota**    **TX**    **77868** City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.66. **Pride Metals** | **32" HEM Saw** **Model No. H323gA-DC-C** **Serial No. 1175013** | **01/27/2021** | **$30,000.00** |
| **Address** | | | |
| **36 FRJ Drive** Street | | | |
| | | | |
| **Longview**    **TX**    **75602** City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.67. **HDH Instuments** | **Deep Hole Drilling Machine** **Serial No. 1985 B500-4M** | **01/2020** | **$600,000.00** |
| **Address** | | | |
| **3166 Highway 359** Street | | | |
| | | | |
| **Pattison**    **TX**    **77466** City    State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Buyer** | | | |

Debtor   **R.H.W. Metals, Inc.**                                      Case number (if known)   _____
         Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.68. **No Information** | **24" HEM Saw** | **03/2019** | **$1,400.00** |

**Address**

_____
Street

_____

_____
City          State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.69. **No Information** | **20" HEM Saw** | **03/2019** | **$1,400.00** |

**Address**

_____
Street

_____

_____
City          State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.70. **Robert Kephart** | **Pressure washer** | **11/13/2020** | **$40.00** |

**Address**

**1381 N FM 2869**
Street

_____

**Winnsboro**     **TX**   **75494**
City          State    ZIP Code

**Relationship to debtor**

**Buyer**

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known)
_____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.71. **Pride Metals** | **Small facility support equipment** | **11/13/2020** | **$5,000.00** |

**Address**

**39 FRJ Drive**
Street
_____

**Longview**        **TX**    **75602**
City              State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.72. **Pride Metals** | **Jack's office** | **11/13/2020** | **$700.00** |

**Address**

**39 FRJ Drive**
Street
_____

**Longview**        **TX**    **75602**
City              State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.73. **Pride Metals** | **Will's office** | **11/13/2020** | **$1,000.00** |

**Address**

**39 FRJ Drive**
Street
_____

**Longview**        **TX**    **75602**
City              State    ZIP Code

**Relationship to debtor**

**Buyer**

Debtor    **R.H.W. Metals, Inc.**                                      Case number (if known)    _____
_____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.74. **Pride Metals** | **Warehouse office** | **11/13/2020** | **$1,000.00** |

**Address**

**39 FRJ Drive**
Street

_____

**Longview**        **TX**    **75602**
City                State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.75. **Pride Metals** | **Amy's office** | **11/13/2020** | **$2,200.00** |

**Address**

**39 FRJ Drive**
Street

_____

**Longview**        **TX**    **75602**
City                State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.76. **Pride Metals** | **Alex's office** | **11/13/2020** | **$1,000.00** |

**Address**

**39 FRJ Drive**
Street

_____

**Longview**        **TX**    **75062**
City                State    ZIP Code

**Relationship to debtor**

**Buyer**

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known)    _____
              Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.77. **Pride Metals** | **Trista's office** | **11/13/2020** | **$1,500.00** |

**Address**

**39 FRJ Drive**
Street

_____

**Longview**        **TX**    **75062**
City            State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.78. **Pride Metals** | **Sales office** | **11/13/2020** | **$2,400.00** |

**Address**

**39 FRJ Drive**
Street

_____

**Longview**        **TX**    **75062**
City            State    ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.79. **Richard Wilcox** | **Richard's office desk and charis** | **11/10/2020** | **$1,500.00** |

**Address**

**1417 New Forest Drive**
Street

_____

**Longview**        **TX**    **75601**
City            State    ZIP Code

**Relationship to debtor**

**President/Diretor**

Debtor   **R.H.W. Metals, Inc.**                                    Case number (if known) _____
         Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.80. **Steven Button** | **Computer in Odessa** | **12/01/2020** | **$50.00** |

**Address**

**P.O. Box 14968**
Street

_____

**Odessa**      **TX**   **79768**
City          State   ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.81. **Jake Hendricks** | **Quincy Air Compressor** | **03/26/2021** | **$50.00** |

**Address**

**10363 Petunia Road**
Street

_____

**Ore City**      **TX**   **75683**
City          State   ZIP Code

**Relationship to debtor**

**Buyer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.82. **Pipe Supply** | **Office Furniture in Odessa** | **12/18/2020** | **$1,000.00** |

**Address**

**1551 Laredo Drive**
Street

_____

**Odessa**      **TX**   **79761**
City          State   ZIP Code

**Relationship to debtor**

**Buyer**

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known) _____
          Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.83.  **V&T Truck Center** | **2014 International 6x4 Prostar VIN 3HSDJSJRXEN78878** | **4-13-2021** | **$13,000.00** |

**Address**

**5001 Whitehurst Drive**
Street

_____

**Longview**          **TX**    **75602**
City                 State    ZIP Code

**Relationship to debtor**

**Buyer**

---

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1.  **1551 Laredo Dr.** | | | From  **05/1999** | To  **11/2020** |
| Street  **Odessa, TX  79761** | | | | |
| City | State | ZIP Code | | |

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.2.  **39 FRJ Dr.** | | | From  **06/1982** | To  **11/2020** |
| Street  **Longview, TX  75602** | | | | |
| City | State | ZIP Code | | |

Debtor    __R.H.W. Metals, Inc._____    Case number (if known)    _____
             Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained    _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
            ☐ No.  Go to Part 10.
            ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    __R.H.W. Metals, Inc._____    Case number (if known) _____
                  Name

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:     Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

---

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | | | | **Dates of service** | |
|---|---|---|---|---|---|
| 26a.1. | **Davis, Griffin LLP** | | | From  **08/1981** | To  **05/2019** |
| | Name | | | | |
| | **915 Judson Road** | | | | |
| | Street | | | | |
| | | | | | |
| | **Longview** | **TX** | **75605** | | |
| | City | State | ZIP Code | | |

| **Name and address** | | | | **Dates of service** | |
|---|---|---|---|---|---|
| 26a.2. | **Frank Taggart & Co., P.C.** | | | From  **06/2019** | To  **04/2021** |
| | Name | | | | |
| | **1807 Judson Road** | | | | |
| | Street | | | | |
| | | | | | |
| | **Longview** | **TX** | **75605** | | |
| | City | State | ZIP Code | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **BTH Bank** | | |
|---|---|---|---|
| | Name | | |
| | **1402 McCann Road** | | |
| | Street | | |
| | | | |
| | **Longview** | **TX** | **75601** |
| | City | State | ZIP Code |

**Name and address**

| 26d.2. | **Frisa Metals** | | |
|---|---|---|---|
| | Name | | |
| | **8350 Ashlane Way** | | |
| | Street | | |
| | **Suite 201** | | |
| | **The Woodlands** | **TX** | **77382** |
| | City | State | ZIP Code |

Debtor    **R.H.W. Metals, Inc.**                                          Case number (if known) _____
Name

**Name and address**

26d.3.    **BancorpSouth**
Name
**1101 E. Pinecrest Drive**
Street

**Marshall**                    **TX**         **75670**
City                            State          ZIP Code

**Name and address**

26d.4.    **Southside Bank**
Name
**2001 Judson Road**
Street

**Longview**                    **TX**         **75605**
City                            State          ZIP Code

**Name and address**

26d.5.    **Texas Heritage National Bank**
Name
**359 N. Cypress Street #103**
Street

**75644**                       **TX**
City                            State          ZIP Code

**Name and address**

26d.6.    **Duferco Steel**
Name
**P.O. Box 660919**
Street

**Dallas**                      **TX**         **75266**
City                            State          ZIP Code

**Name and address**

26d.7.    **Atradius**
Name
**230 Schilling Circle, Suite 240**
Street

**Hunt Valley**                 **MD**         **21031**
City                            State          ZIP Code

**Name and address**

26d.8.    **Trek Metals**
Name
**5221 N. O'Connor Blvd., Suite 750**
Street

**Irving**                      **TX**         **75039**
City                            State          ZIP Code

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known)    _____
Name

**Name and address**

26d.9.    **Hyquality**
Name
**Drawer # 2356**
Street
**P.O. Box 5935**

**Troy**                          **MI**
City                              State        ZIP Code

**Name and address**

26d.10.    **Coface**
Name
**650 College Road East, Suite 2005**
Street

**Princeton**                     **NJ**        **08540**
City                              State        ZIP Code

**Name and address**

26d.11.    **Funding Merchant Source**
Name
**111 North Sepulveda, Suite 305**
Street

**Manhattan Beach**              **CA**        **90266**
City                              State        ZIP Code

**Name and address**

26d.12.    **Crossroads Steel Supply, LLC**
Name
**336 West US Hwy 30**
Street
**Suite 201**

**Valparaiso**                    **IN**        **46385**
City                              State        ZIP Code

**Name and address**

26d.13.    **Reserve Capital Partners**
Name
**12404 Park Central Drive**
Street

**Dallas**                        **TX**        **75251**
City                              State        ZIP Code

Debtor    **R.H.W. Metals, Inc.**                                         Case number (if known) _____
         Name

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No.

☑  Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Trista Roel** | **6/12-13/2020** | **$2,864,659.08** |

Name and address of the person who has possession of inventory records

27.1.  **Amy Isabell**
       Name
       **39 FRJ Drive**
       Street
       _____

       **Longview**                    **TX**    **75602**
       City                           State     ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wilcox 2017 Long Term Trust** | **228 Hunters Circle Longview, TX 75605** | **shareholder** | **51%** |
| **Whitney Elizabeth Wilcox Long T** | **141 Macy Grace Lane Longview, TX 75605** | **shareholder** | **24.5%** |
| **Meredith Lynn Wilcox Long Term** | **228 Huners Circle Longview, TX 75605** | **shareholder** | **24.5%** |
| **Richard H. Wilcox** | **1417 New Forest Lane Longview, TX 75601** | **President** | |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No

☑  Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Trista Roel** | **250 Lacebark Lane Longview, TX 75605** | **Director** | From **11/15/2019** To **6/23/2020** |
| **William Kephart** | **300 Meadow Lake Drive Longview, TX 75604** | **Director** | From **11/15/2019** To **11/15/2020** |
| **Trista Roel** | **250 Lacebark Lane Longview, TX 75605** | **CEO** | From **03/29/2020** To **11/13/2020** |

Debtor   **R.H.W. Metals, Inc.**                                    Case number (if known) _____
         Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Trista Roel**<br>Name<br>**250 Lacebark Lane**<br>Street<br><br>**Longview**   **TX**   **75605**<br>City   State  ZIP Code<br><br>**Relationship to debtor** | **$1,000.00** | **4/1/2020** | **vehicle allowance** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Trista Roel**<br>Name<br>**250 Lacebark Lane**<br>Street<br><br>**Longview**   **TX**   **75605**<br>City   State  ZIP Code<br><br>**Relationship to debtor** | **$4,729.17** | **4/15/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Trista Roel**<br>Name<br>**250 Lacebark Lane**<br>Street<br><br>**Longview**   **TX**   **75605**<br>City   State  ZIP Code<br><br>**Relationship to debtor** | **$5,123.36** | **4/30/2020** | **earnings** |

Debtor    **R.H.W. Metals, Inc.** _____    Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Trista Roel** | **$4,729.17** | **4/30/2020** | **earnings** |

30.4. **Trista Roel** _____
Name
**250 Lacebark Lane** _____
Street
_____
**Longview        TX    75605** ____
City                State   ZIP Code

**Relationship to debtor**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.5. **Trista Roel** _____    **$1,000.00**    **5/1/2020**    **vehicle allowance**
Name
**250 Lacebark Lane** _____
Street
_____
**Longview        TX    75605** ____
City                State   ZIP Code

**Relationship to debtor**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.6. **Trista Roel** _____    **$4,729.17**    **5/15/2020**    **earnings**
Name
**250 Lacebark Lane** _____
Street
_____
**Longview        TX    75605** ____
City                State   ZIP Code

**Relationship to debtor**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.7. **Trista Roel** _____    **$1,000.00**    **6/1/2020**    **vehicle allowance**
Name
**250 Lacebark Lane** _____
Street
_____
**Longview        TX    75605** ____
City                State   ZIP Code

**Relationship to debtor**
_____

Debtor  **R.H.W. Metals, Inc.**
Name

Case number (if known)

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.8.  **Trista Roel**
Name
**250 Lacebark Lane**
Street

**Longview**  **TX**  **75605**
City  State  ZIP Code

**Relationship to debtor**

| | | | |
|---|---|---|---|
| | **$4,729.17** | **6/15/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.9.  **Trista Roel**
Name
**250 Lacebark Lane**
Street

**Longview**  **TX**  **75605**
City  State  ZIP Code

**Relationship to debtor**

**$920.00**   **6/15/2020**   **earnings**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.10.  **Trista Roel**
Name
**250 Lacebark Lane**
Street

**Longview**  **TX**  **75605**
City  State  ZIP Code

**Relationship to debtor**

**$5,297.42**   **6/30/2020**   **earnings**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.11.  **Trista Roel**
Name
**250 Lacebark Lane**
Street

**Longview**  **TX**  **75605**
City  State  ZIP Code

**Relationship to debtor**

**$1,000.00**   **7/1/2020**   **vehicle allowance**

Debtor    **R.H.W. Metals, Inc.**_____    Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.12.    **Trista Roel**_____    **$4,729.17**                    **7/15/2020**        **earnings**
Name
**250 Lacebark Lane**_____
Street
_____

**Longview**          **TX**    **75605**
City                State    ZIP Code

**Relationship to debtor**

_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.13.    **Trista Roel**_____    **$5,292.86**                    **7/31/2020**        **earnings**
Name
**250 Lacebark Lane**_____
Street
_____

**Longview**          **TX**    **75605**
City                State    ZIP Code

**Relationship to debtor**

_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.14.    **Trista Roel**_____    **$1,000.00**                    **8/3/2020**        **vehicle allowance**
Name
**250 Lacebark Lane**_____
Street
_____

**Longview**          **TX**    **75605**
City                State    ZIP Code

**Relationship to debtor**

_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.15.    **Trista Roel**_____    **$4,729.17**                    **8/14/2020**        **earnings**
Name
**250 Lacebark Lane**_____
Street
_____

**Longview**          **TX**    **75605**
City                State    ZIP Code

**Relationship to debtor**

_____

Debtor   **R.H.W. Metals, Inc.**                                        Case number (if known)   _____
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.16.  **Trista Roel**                         **$5,186.58**              **8/28/2020**       **earnings**
        Name
        **250 Lacebark Lane**
        Street

        **Longview          TX    75605**
        City              State  ZIP Code

        **Relationship to debtor**
        _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.17.  **Trista Roel**                         **$1,000.00**              **9/1/2020**        **vehicle allowance**
        Name
        **250 Lacebark Lane**
        Street

        **Longview          TX    75605**
        City              State  ZIP Code

        **Relationship to debtor**
        _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.18.  **Trista Roel**                         **$4,729.17**              **9/15/2020**       **earnings**
        Name
        **250 Lacebark Lane**
        Street

        **Longview          TX    75605**
        City              State  ZIP Code

        **Relationship to debtor**
        _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.19.  **Trista Roel**                         **$5,224.29**              **9/30/2020**       **earnings**
        Name
        **250 Lacebark Lane**
        Street

        **Longview          TX    75605**
        City              State  ZIP Code

        **Relationship to debtor**
        _____

Debtor    **R.H.W. Metals, Inc.**

_____          Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.20. **Trista Roel** <br> Name <br> **250 Lacebark Lane** <br> Street <br><br> **Longview    TX    75605** <br> City        State   ZIP Code <br><br> **Relationship to debtor** | **$1,000.00** | **10/1/2020** | **vehicle allowance** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.21. **Trista Roel** <br> Name <br> **250 Lacebark Lane** <br> Street <br><br> **Longview    TX    75605** <br> City        State   ZIP Code <br><br> **Relationship to debtor** | **$4,729.17** | **10/15/2020** | **earnings** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.22. **Trita Roel** <br> Name <br> **250 Lacebark Lane** <br> Street <br><br> **Longview    TX    75605** <br> City        State   ZIP Code <br><br> **Relationship to debtor** | **$170.83** | **10/16/2020** | **phone reimbursement** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.23. **Trista Roel** <br> Name <br> **250 Lacebark Lane** <br> Street <br><br> **Longview    TX    75605** <br> City        State   ZIP Code <br><br> **Relationship to debtor** | **$5,343.93** | **10/30/2020** | **earnings** |

Debtor   **R.H.W. Metals, Inc.** _____   Case number (if known) _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.24.   **Trista Roel** _____   **$1,000.00**   **11/2/2020**   **vehicle allowance**
          Name
          **250 Lacebark Lane** _____
          Street
          _____
          **Longview          TX     75605**
          City                State  ZIP Code

          **Relationship to debtor**
          _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.25.   **Trista Roel** _____   **$5,635.08**   **11/15/2020**   **earnings**
          Name
          **250 Lacebark Lane** _____
          Street
          _____
          **Longview          TX     75605**
          City                State  ZIP Code

          **Relationship to debtor**
          _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.26.   **William Kephart** _____   **$1,560.87**   **4/3/2020**   **earnings**
          Name
          **300 Meadow Lake Dr.** _____
          Street
          **Longview, TX  75604** _____
          _____
          City                State  ZIP Code

          **Relationship to debtor**
          **Director/Warehouse Manager** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.27.   **William Kephart** _____   **$1,150.80**   **4/10/2020**   **earnings**
          Name
          **300 Meadow Lake Dr.** _____
          Street
          **Longview, TX  75604** _____
          _____
          City                State  ZIP Code

          **Relationship to debtor**
          **Director/Warehouse Manager** _____

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known) _____
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.28.  **William Kephart**                    **$1,027.42**                    **4/17/2020**    **earnings**
Name
**300 Meadow Lake Dr.**
Street
**Longview, TX  75604**

City                State    ZIP Code

**Relationship to debtor**

**Director/Warehouse Manager**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.29.  **William Kephart**                    **$1,152.68**                    **4/24/2020**    **earnings**
Name
**300 Meadow Lake Dr.**
Street
**Longview, TX  75604**

City                State    ZIP Code

**Relationship to debtor**

**Director/Warehouse Manager**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.30.  **William Kephart**                    **$1,240.33**                    **5/1/2020**    **earnings**
Name
**300 Meadow Lake Dr.**
Street
**Longview, TX  75604**

City                State    ZIP Code

**Relationship to debtor**

**Director/Warehouse Manager**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.31.  **William Kephart**                    **$1,156.67**                    **5/8/2020**    **earnings**
Name
**300 Meadow Lake Dr.**
Street
**Longview, TX  75604**

City                State    ZIP Code

**Relationship to debtor**

**Director/Warehouse Manager**

Debtor   **R.H.W. Metals, Inc.**   Case number (if known)   _____
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.32. **William Kephart** Name **300 Meadow Lake Dr.** Street **Longview, TX 75604** City          State   ZIP Code Relationship to debtor **Director/Warehouse Manager** | **$1,455.36** | **5/15/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.33. **William Kephart** Name **300 Meadow Lake Dr.** Street **Longview, TX 75604** City          State   ZIP Code Relationship to debtor **Director/Warehouse Manager** | **$1,482.15** | **5/22/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.34. **William Kephart** Name **300 Meadow Lake Dr.** Street **Longview, TX 75604** City          State   ZIP Code Relationship to debtor **Director/Warehouse Manager** | **$1,486.38** | **5/29/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.35. **William Kephart** Name **300 Meadow Lake Dr.** Street **Longview, TX 75604** City          State   ZIP Code Relationship to debtor **Director/Warehouse Manager** | **$123,128.00** | **6/5/2020** | **earnings** |

Debtor    **R.H.W. Metals, Inc.**
_____    Case number (if known)    _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.36. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,477.56** | **6/12/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.37. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,550.30** | **6/19/2020** | **earnngs** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.38. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,428.92** | **6/26/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.39. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,483.91** | **7/2/2020** | **earnings** |

Debtor  **R.H.W. Metals, Inc.**
_____  Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.40. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | **$1,273.23** | **7/20/2020** | **earnings** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.41. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,518.10** | **7/17/2020** | **earnings** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.42. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,491.66** | **7/24/2020** | **earnings** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.43. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,491.66** | **7/31/2020** | **earnings** |

Debtor    **R.H.W. Metals, Inc.**
_____    Case number (if known)    _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.44. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State    ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,506.47** | **8/7/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.45. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State    ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,474.74** | **8/14/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.46. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State    ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,518.10** | **8/21/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.47. **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604**<br><br>City            State    ZIP Code<br><br>**Relationship to debtor**<br>**Director/Warehouse Manager** | **$1,680.96** | **8/28/2020** | **earnings** |

| Debtor | **R.H.W. Metals, Inc.** | | | Case number (if known) | |
| | Name | | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.48. | **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604** | **$1,446.90** | **9/4/2020** | **earnings** |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor**<br>**Director/Warehouse Manager** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.49. | **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604** | **$1,576.26** | **9/11/2020** | **earnings** |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor**<br>**Director/Warehouse Manager** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.50. | **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604** | **$1,381.80** | **9/18/2020** | **earnings** |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor**<br>**Director/Warehouse Manager** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.51. | **William Kephart**<br>Name<br>**300 Meadow Lake Dr.**<br>Street<br>**Longview, TX  75604** | **$1,496.95** | **9/25/2020** | **earnings** |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor**<br>**Director/Warehouse Manager** | | | |

Debtor   **R.H.W. Metals, Inc.** _____    Case number (if known) _____
   Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.52.  **William Kephart** _____    **$1,498.71**            **10/2/2020**    **earnings**
   Name
   **300 Meadow Lake Dr.** _____
   Street
   **Longview, TX  75604** _____

   _____
   City                    State   ZIP Code

   **Relationship to debtor**

   **Director/Warehouse Manager** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.53.  **William Kephart** _____    **$1,447.60**            **10/9/2020**    **earnings**
   Name
   **300 Meadow Lake Dr.** _____
   Street
   **Longview, TX  75604** _____

   _____
   City                    State   ZIP Code

   **Relationship to debtor**

   **Director/Warehouse Manager** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.54.  **William Kephart** _____    **$1,457.12**            **10/16/2020**    **earnings**
   Name
   **300 Meadow Lake Dr.** _____
   Street
   **Longview, TX  75604** _____

   _____
   City                    State   ZIP Code

   **Relationship to debtor**

   **Director/Warehouse Manager** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.55.  **William Kephart** _____    **$1,528.68**            **10/23/2020**    **earnings**
   Name
   **300 Meadow Lake Dr.** _____
   Street
   **Longview, TX  75604** _____

   _____
   City                    State   ZIP Code

   **Relationship to debtor**

   **Director/Warehouse Manager** _____

Debtor  **R.H.W. Metals, Inc.** _____   Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.56.  **William Kephart** _____   **$1,577,777.32**    **10/30/2020**    **earnings**
Name
**300 Meadow Lake Dr.** _____
Street
**Longview, TX  75604** _____

City                State   ZIP Code

**Relationship to debtor**
**Director/Warehouse Manager** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.57.  **William Kephart** _____   **$2,411.57**    **11/6/2020**    **earnings**
Name
**300 Meadow Lake Dr.** _____
Street
**Longview, TX  75604** _____

City                State   ZIP Code

**Relationship to debtor**
**Director/Warehouse Manager** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.58.  **William Kephart** _____   **$5,094.80**    **11/13/2020**    **earnings**
Name
**300 Meadow Lake Dr.** _____
Street
**Longview, TX  75604** _____

City                State   ZIP Code

**Relationship to debtor**
**Director/Warehouse Manager** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.59.  **Richard Wilcox** _____   **$9,000.00**    **3/8/2021**    **earnings**
Name
**1417 New Forest Drive** _____
Street

**Longview**          **TX**   **75601**
City                State   ZIP Code

**Relationship to debtor**
**President/Director** _____

Debtor    **R.H.W. Metals, Inc.**                                Case number (if known)    _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.60. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview    TX    75601**<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$600.00** | **3/15/2021** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.61. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview    TX    75601**<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$600.00** | **3/23/2021** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.62. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview    TX    75601**<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$600.00** | **3/30/2021** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.63. **Whitney Elizabeth Wilcox Long Term**<br>Name<br>**141 Macey Grace Lane**<br>Street<br><br>**Longview    TX    75605**<br>City      State    ZIP Code<br><br>**Relationship to debtor**<br>**Shareholder** | **$1,425.00** | **4/1/2020** | **rent payment** |

Debtor   **R.H.W. Metals, Inc.**
_____   Case number (if known)   _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.64. **Whitney Elizabeth Wilcox Long Term** Name **141 Macey Grace Lane** Street _____ **Longview      TX   75605** City          State  ZIP Code **Relationship to debtor** **Shareholder** | $2,500.00 | 4/10/2020 | rent payment |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.65. **Whitney Elizabeth Wilcox Long Term** Name **141 Macey Grace Lane** Street _____ **Longview      TX   75605** City          State  ZIP Code **Relationship to debtor** **Shareholder** | $2,500.00 | 5/10/2020 | rent payment |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.66. **Whitney Elizabeth Wilcox Long Term** Name **141 Macey Grace Lane** Street _____ **Longview      TX   75605** City          State  ZIP Code **Relationship to debtor** **Shareholder** | $1,675.00 | 5/20/2020 | rent payment |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.67. **Whitney Elizabeth Wilcox Long Term** Name **141 Macey Grace Lane** Street _____ **Longview      TX   75605** City          State  ZIP Code **Relationship to debtor** **Shareholder** | $2,500.00 | 6/10/2020 | rent payment |

Debtor   **R.H.W. Metals, Inc.**                                         Case number (if known) _____
              Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.68.   **Whitney Elizabeth Wilcox Long Term**   $1,675.00          6/17/2020   rent payment
              Name
         **141 Macey Grace Lane**
              Street

         **Longview          TX    75605**
              City             State   ZIP Code

         **Relationship to debtor**
         **Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.69.   **Whitney Elizabeth Wilcox Long Term**   $1,425.00          7/1/2020    rent payment
              Name
         **141 Macey Grace Lane**
              Street

         **Longview          TX    75605**
              City             State   ZIP Code

         **Relationship to debtor**
         **Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.70.   **Whitney Elizabeth Wilcox Long Term**   $1,425.00          7/1/2020    rent payment
              Name
         **141 Macey Grace Lane**
              Street

         **Longview          TX    75605**
              City             State   ZIP Code

         **Relationship to debtor**
         **Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.71.   **Whitney Elizabeth Wilcox Long Term**   $2,500.00          7/10/2020   rent payment
              Name
         **141 Macey Grace Lane**
              Street

         **Longview          TX    75605**
              City             State   ZIP Code

         **Relationship to debtor**
         **Shareholder**

Debtor   **R.H.W. Metals, Inc.**                                    Case number (if known)  _____
         _____
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.72.   **Whitney Elizabeth Wilcox Long Term**   **$1,675.00**          **7/15/2020**   rent payment
         Name
         **141 Macey Grace Lane**
         Street

         _____

         **Longview          TX    75605**
         City              State   ZIP Code

         **Relationship to debtor**
         **Shareholder**
         _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.73.   **Whitney Elizabeth Wilcox Long Term**   **$1,425.00**          **8/3/2020**   rent payment
         Name
         **141 Macey Grace Lane**
         Street

         _____

         **Longview          TX    75605**
         City              State   ZIP Code

         **Relationship to debtor**
         **Shareholder**
         _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.74.   **Whitney Elizabeth Wilcox Long Term**   **$1,425.00**          **8/3/2020**   rent payment
         Name
         **141 Macey Grace Lane**
         Street

         _____

         **Longview          TX    75605**
         City              State   ZIP Code

         **Relationship to debtor**
         **daughter of President/Director**
         _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.75.   **Whitney Elizabeth Wilcox Long Term**   **$1,425.00**          **9/1/2020**   rent payment
         Name
         **141 Macey Grace Lane**
         Street

         _____

         **Longview          TX    75605**
         City              State   ZIP Code

         **Relationship to debtor**
         **Shareholder**
         _____

Debtor    **R.H.W. Metals, Inc.**
_____    Case number (if known)   _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.76. **Whitney Elizabeth Wilcox Long Term**<br>Name<br>**141 Macey Grace Lane**<br>Street<br><br>**Longview       TX    75605**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Shareholder** | $1,675.00 | 9/1/2020 | rent payment |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.77. **Whitney Elizabeth Wilcox Long Term**<br>Name<br>**141 Macey Grace Lane**<br>Street<br><br>**Longview       TX    75605**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Shareholder** | $1,425.00 | 9/1/2020 | rent payment |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.78. **Whitney Elizabeth Wilcox Long Term**<br>Name<br>**141 Macey Grace Lane**<br>Street<br><br>**Longview       TX    75605**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Shareholder** | $1,675.00 | 9/25/2020 | rent payment |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.79. **Whitney Elizabeth Wilcox Long Term**<br>Name<br>**141 Macey Grace Lane**<br>Street<br><br>**Longview       TX    75605**<br>City          State   ZIP Code<br><br>**Relationship to debtor** | $1,425.00 | 10/5/2020 | rent payment |

Debtor   **R.H.W. Metals, Inc.** _____   Case number (if known) _____
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.80.  **Whitney Elizabeth Wilcox Long Term**   $1,425.00                10/6/2020      rent payment
        Name
        **141 Macey Grace Lane**
        Street
        _____

        **Longview**          **TX**   **75605**
        City                  State    ZIP Code

        **Relationship to debtor**
        **Shareholder** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.81.  **Whitney Elizabeth Wilcox Long Term**   $1,675.00                10/23/2020     rent payment
        Name
        **141 Macey Grace Lane**
        Street
        _____

        **Longview**          **TX**   **75605**
        City                  State    ZIP Code

        **Relationship to debtor**
        **Shareholder** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.82.  **Whitney Elizabeth Wilcox Long Term**   $1,425.00                11/2/2020      rent payment
        Name
        **141 Macey Grace Lane**
        Street
        _____

        **Longview**          **TX**   **75605**
        City                  State    ZIP Code

        **Relationship to debtor**
        **Shareholder** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.83.  **Whitney Elizabeth Wilcox Long Term**   $1,425.00                11/2/2020      rent payment
        Name
        **141 Macey Grace Lane**
        Street
        _____

        **Longview**          **TX**   **75605**
        City                  State    ZIP Code

        **Relationship to debtor**
        **Shareholder** _____

Debtor   **R.H.W. Metals, Inc.**
_____   Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.84. **Meredith Lynn Wilcox Long Term Tru**   $1,425.00   4/1/2020   rent payment
Name
**228 Hunter's Circle**
Street

_____
**Longview          TX     75605**
City          State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.85. **Meredith Lynn Wilcox Long Term Tru**   $2,500.00   4/10/2020   rent payment
Name
**228 Hunters Circle**
Street

_____
**Longview          TX     75605**
City          State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.86. **Meredith Lynn Wilcox Long Term Tru**   $2,500.00   5/1/2020   rent payment
Name
**228 Hunters Circle**
Street

_____
**Longview          TX     75605**
City          State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.87. **Meredith Lynn Wilcox Long Term Tru**   $1,675.00   5/20/2020   rent payment
Name
**228 Hunters Circle**
Street

_____
**Longview          TX     75605**
City          State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

Debtor   **R.H.W. Metals, Inc.**
_____   Case number (if known)   _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.88. | **Meredith Lynn Wilcox Long Term Tru** $2,500.00 | 6/10/2020 | rent payment |

Name
**228 Hunters Circle**
_____
Street

_____

**Longview          TX     75605**
City                State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.89. | **Meredith Lynn Wilcox Long Term Tru** $1,675.00 | 6/17/2020 | rent payment |

Name
**228 Hunters Circle**
_____
Street

_____

**Longview          TX     75605**
City                State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.90. | **Meredith Lynn Wilcox Long Term Tru** $1,425.00 | 7/1/2020 | rent payment |

Name
**228 Hunters Circle**
_____
Street

_____

**Longview          TX     75605**
City                State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.91. | **Meredith Lynn Wilcox Long Term Tru** $1,425.00 | 7/1/2020 | rent payment |

Name
**228 Hunters Circle**
_____
Street

_____

**Longview          TX     75605**
City                State   ZIP Code

**Relationship to debtor**
**Shareholder**
_____

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.92. **Meredith Lynn Wilcox Long Term Tru** | $2,500.00 | 7/10/2020 | rent payment |
| Name | | | |
| **228 Hunters Circle** | | | |
| Street | | | |
| | | | |
| **Longview       TX      75605** | | | |
| City             State    ZIP Code | | | |
| | | | |
| **Relationship to debtor** | | | |
| **Shareholder** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.93. **Meredith Lynn Wilcox Long Term Tru** | $1,675.00 | 7/15/2020 | rent payment |
| Name | | | |
| **228 Hunters Circle** | | | |
| Street | | | |
| | | | |
| **Longview       TX      75605** | | | |
| City             State    ZIP Code | | | |
| | | | |
| **Relationship to debtor** | | | |
| **Shareholder** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.94. **Meredith Lynn Wilcox Long Term Tru** | $1,425.00 | 8/3/2020 | rent payment |
| Name | | | |
| **228 Hunters Circle** | | | |
| Street | | | |
| | | | |
| **Longview       TX      75605** | | | |
| City             State    ZIP Code | | | |
| | | | |
| **Relationship to debtor** | | | |
| **daughter of President/Director** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.95. **Meredith Lynn Wilcox Long Term Tru** | $1,425.00 | 8/3/2020 | rent payment |
| Name | | | |
| **228 Hunters Circle** | | | |
| Street | | | |
| | | | |
| **Longview       TX      75605** | | | |
| City             State    ZIP Code | | | |
| | | | |
| **Relationship to debtor** | | | |
| **Shareholder** | | | |

Debtor    **R.H.W. Metals, Inc.** _____     Case number (if known) _____
<span style="font-size:smaller">Name</span>

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.96.   **Meredith Lynn Wilcox Long Term Tru**   $1,425.00                    9/1/2020        rent payment
<span style="font-size:smaller">Name</span>
**228 Hunters Circle**
<span style="font-size:smaller">Street</span>

**Longview          TX    75605**
<span style="font-size:smaller">City          State   ZIP Code</span>

**Relationship to debtor**
**Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.97.   **Meredith Lynn Wilcox Long Term Tru**   $1,675.00                    9/1/2020        rent payment
<span style="font-size:smaller">Name</span>
**228 Hunters Circle**
<span style="font-size:smaller">Street</span>

**Longview          TX    75605**
<span style="font-size:smaller">City          State   ZIP Code</span>

**Relationship to debtor**
**Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.98.   **Meredith Lynn Wilcox Long Term Tru**   $1,425.00                    9/1/2020        rent payment
<span style="font-size:smaller">Name</span>
**228 Hunters Circle**
<span style="font-size:smaller">Street</span>

**Longview          TX    75605**
<span style="font-size:smaller">City          State   ZIP Code</span>

**Relationship to debtor**
**Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.99.   **Meredith Lynn Wilcox Long Term Tru**   $1,675.00                    9/25/2020       rent payment
<span style="font-size:smaller">Name</span>
**228 Hunters Circle**
<span style="font-size:smaller">Street</span>

**Longview          TX    75605**
<span style="font-size:smaller">City          State   ZIP Code</span>

**Relationship to debtor**
**Shareholder**

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.100. **Meredith Lynn Wilcox Long Term Tru** $1,425.00   10/5/2020   rent payment
Name
**228 Hunters Circle**
Street

_____

**Longview      TX    75605**
City           State   ZIP Code

**Relationship to debtor**

**daughter of President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.101. **Meredith Lynn Wilcox Long Term Tru** $1,425.00   10/6/2020   rent payment
Name
**228 Hunters Circle**
Street

_____

**Longview      TX    75605**
City           State   ZIP Code

**Relationship to debtor**

**Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.102. **Meredith Lynn Wilcox Long Term Tru** $1,675.00   10/23/2020   rent payment
Name
**228 Hunters Circle**
Street

_____

**Longview      TX    75605**
City           State   ZIP Code

**Relationship to debtor**

**Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.103. **Meredith Lynn Wilcox Long Term Tru** $1,425.00   11/2/2020   rent payment
Name
**228 Hunters Circle**
Street

_____

**Longview      TX    75605**
City           State   ZIP Code

**Relationship to debtor**

**Shareholder**

Debtor   **R.H.W. Metals, Inc.**                                            Case number (if known) _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.104.   **Meredith Lynn Wilcox Long Term Tru** $1,425.00          11/2/2020   **rent payment**
          Name
          **228 Hunters Circle**
          Street

          **Longview        TX    75605**
          City        State   ZIP Code

          **Relationship to debtor**
          **Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.105.   **Whitney Wilcox Gretzinger**      $2,175.00          4/15/2020   **Earnings**
          Name
          **141 Macey Grace Lane**
          Street
          **Longview, TX  756055**

          City        State   ZIP Code

          **Relationship to debtor**
          **daughter of President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.106.   **Whitney Wilcox Gretzinger**      $2,175.00          4/30/2020   **Earnings**
          Name
          **141 Macey Grace Lane**
          Street
          **Longview, TX  75605**

          City        State   ZIP Code

          **Relationship to debtor**
          **daughter of President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.107.   **Whitney Wilcox Gretzinger**      $2,175.00          5/15/2020   **Earnings**
          Name
          **141 Macey Grace Lane**
          Street
          **Longview, TX  75605**

          City        State   ZIP Code

          **Relationship to debtor**

Debtor   **R.H.W. Metals, Inc.**

_____
Name

Case number (if known)   _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.108.  **Whitney Wilcox Gretzinger** <br> Name <br> **141 Macey Grace Lane** <br> Street <br> **Longview, TX  75605** <br><br> City              State   ZIP Code <br><br> **Relationship to debtor** <br> **daughter of President/Director** | **$2,175.00** | **5/29/2020** | **Earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.109.  **Whitney Wilcox Gretzinger** <br> Name <br> **141 Macey Grace Lane** <br> Street <br> **Longview, TX  75605** <br><br> City              State   ZIP Code <br><br> **Relationship to debtor** <br> **daughter of President/Director** | **$2,175.00** | **6/15/2020** | **Earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.110.  **Whitney Wilcox Gretzinger** <br> Name <br> **141 Macey Grace Lane** <br> Street <br> **Longview, TX  75605** <br><br> City              State   ZIP Code <br><br> **Relationship to debtor** <br> **daughter of President/Director** | **$2,175.00** | **6/30/2020** | **Earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.111.  **Whitney Wilcox Gretzinger** <br> Name <br> **141 Macey Grace Lane** <br> Street <br> **Longview, TX  75605** <br><br> City              State   ZIP Code <br><br> **Relationship to debtor** <br> **daughter of President/Director** | **$2,175.00** | **7/15/2020** | **Earnings** |

Debtor      **R.H.W. Metals, Inc.**                                          Case number (if known)  _____
            <u>Name</u>

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.112. **Whitney Wilcox Gretzinger**        **$2,175.00**                    **7/30/2020**      **Earnings**
        Name
        **141 Macey Grace Lane**
        Street
        **Longview, TX 75605**

        City                State   ZIP Code

        **Relationship to debtor**

        **daughter of Debtor/President**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.113. **Whitney Wilcox Gretzinger**        **$2,175.00**                    **8/14/2020**      **Earnings**
        Name
        **141 Macey Grace Lane**
        Street
        **Longview, TX 75605**

        City                State   ZIP Code

        **Relationship to debtor**

        **daughter of President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.114. **Whitney Wilcox Gretzinger**        **$2,175.00**                    **8/28/2020**      **Earnings**
        Name
        **141 Macey Grace Lane**
        Street
        **Longview, TX 75605**

        City                State   ZIP Code

        **Relationship to debtor**

        **daughter of President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.115. **Whitney Wilcox Gretzinger**        **$2,175.00**                    **9/15/2020**      **Earnings**
        Name
        **141 Macey Grace Lane**
        Street
        **Longview, TX 75605**

        City                State   ZIP Code

        **Relationship to debtor**

        **daughter of President/Director**

Debtor   **R.H.W. Metals, Inc.**_____   Case number (if known) _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.116. **Whitney Wilcox Gretzinger**<br>Name<br>**141 Macey Grace Lane**<br>Street<br>**Longview, TX  75605**<br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**daughter of President/Director** | **$2,175.00** | **9/30/2020** | **Earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.117. **Whitney Wilcox Gretzinger**<br>Name<br>**141 Macey Grace Lane**<br>Street<br>**Longview, TX  75605**<br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**daughter of President/Director** | **$2,175.00** | **10/15/2020** | **Earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.118. **Whitney Wilcox Gretzinger**<br>Name<br>**141 Macey Grace Lane**<br>Street<br><br>**Longview         TX    75605**<br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**daughter of President/Director** | **$2,175.00** | **10/30/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.119. **Whitney Wilcox Gretzinger**<br>Name<br>**141 Macey Grace Land**<br>Street<br><br>**Longview         TX    75605**<br>City            State   ZIP Code<br><br>**Relationship to debtor** | **$2,175.00** | **11/13/2020** | **earnings** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.120.** **Meredtih Lynn Wilcox**
Name
**228 Hunters Circle**
Street

**Longview**   **TX**   **75603**
City   State   ZIP Code

**Relationship to debtor**

**daughter of President/Director**

$628.33  |  4/15/2020  |  earnings

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.121.** **Meredith Lynn Wilcox**
Name
**228 Hunters Circle**
Street

**Longview**   **TX**   **75605**
City   State   ZIP Code

**Relationship to debtor**

**daughter of President/Director**

$628.33  |  4/30/2020  |  earnings

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.122.** **Meredith Lynn Wilcox**
Name
**228 Hunters Circle**
Street

**Longview**   **TX**   **75605**
City   State   ZIP Code

**Relationship to debtor**

**daughter of President/Director**

$628.33  |  5/15/2020  |  earnings

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.123.** **Meredith Lynn Wilcox**
Name
**228 Huners Circle**
Street

**Longview**   **TX**   **75605**
City   State   ZIP Code

**Relationship to debtor**

$628.33  |  5/29/2020  |  earnings

Debtor    **R.H.W. Metals, Inc.** _____     Case number (if known) _____
                      Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.124.    **Meredith Lynn Wilcox** _____    **$628.33**                           **6/15/2020**    **earnings**
                     Name
             **228 Hunters Circle** _____
                     Street
             _____

             **Longview            TX    75605** _____
                     City                State  ZIP Code

             **Relationship to debtor**
             _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.125.    **Merdith Lynn Wilcox** _____    **$628.33**                           **6/30/2020**    **earnings**
                     Name
             **228 Hunters Circle** _____
                     Street
             _____

             **Longview            TX    75605** _____
                     City                State  ZIP Code

             **Relationship to debtor**
             _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.126.    **Beverly Wilcox** _____    **$600.00**                           **4/15/2020**    **earnings**
                     Name
             **1090 Dagmar Ave.** _____
                     Street
             **Spring Hill, FL  34606** _____

             _____
                     City                State  ZIP Code

             **Relationship to debtor**
             **sister of President/Director** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.127.    **Beverly Wilcox** _____    **$600.00**                           **4/30/2020**    **earnings**
                     Name
             **1090 Dagmar Ave.** _____
                     Street
             **Spring Hill, FL  34606** _____

             _____
                     City                State  ZIP Code

             **Relationship to debtor**
             **sister to Presiden/tDirector** _____

Debtor   **R.H.W. Metals, Inc.**                                      Case number (if known)   _____
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.128.  **Beverly Wilcox**
Name
**1090 Dagmar Ave.**
Street
**Spring Hill, FL  34606**

City          State   ZIP Code

**Relationship to debtor**

_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| | **$600.00** | **5/15/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.129.  **Beverly Wilcox**
Name
**1090 Dagmar Ave.**
Street
**Spring Hill, FL  34606**

City          State   ZIP Code

**Relationship to debtor**
**sister to President/Director**

| | **$600.00** | **5/29/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.130.  **Beverly Wilcox**
Name
**1090 Dagmar Ave.**
Street
**Spring Hill, FL  34606**

City          State   ZIP Code

**Relationship to debtor**
**sister to President/Director**

| | **$600.00** | **6/15/2020** | **earnings** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.131.  **Beverly Wilcox**
Name
**1090 Dagmar Ave/**
Street
**Spring Hill, FL  34606**

City          State   ZIP Code

**Relationship to debtor**
**sister to President/Director**

| | **$600.00** | **6/30/2020** | **earnings** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.132. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**　　**TX**　**75601**<br>City　　State　ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$8,500.00** | **4/14/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.133. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**　　**TX**　**75601**<br>City　　State　ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$150.00** | **5/1/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.134. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**　　**TX**　**75601**<br>City　　State　ZIP Code<br><br>**Relationship to debtor** | **$1,395.62** | **5/5/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.135. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**　　**TX**　**75601**<br>City　　State　ZIP Code<br><br>**Relationship to debtor** | **$2,500.00** | **5/5/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.136. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview        TX    75601**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$500.00** | **5/8/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.137. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview        TX    75601**<br>City          State   ZIP Code<br><br>**Relationship to debtor** | **$500.00** | **5/8/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.138. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview        TX    75601**<br>City          State   ZIP Code<br><br>**Relationship to debtor** | **$400.00** | **5/8/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.139. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview        TX    75601**<br>City          State   ZIP Code<br><br>**Relationship to debtor** | **$400.00** | **5/8/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
| | Name | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|

**30.140.**

**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview          TX    75601**
City                 State   ZIP Code

**Relationship to debtor**
_____

| | | $400.00 | 5/8/2020 | loan to officer |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|

**30.141.**

**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview          TX    75601**
City                 State   ZIP Code

**Relationship to debtor**
_____

| | | $1,400.00 | 5/8/2020 | laon to officer |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|

**30.142.**

**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview          TX    75601**
City                 State   ZIP Code

**Relationship to debtor**
_____

| | | $1,129.78 | 5/19/2020 | loan to officer |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|

**30.143.**

**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview          TX    75601**
City                 State   ZIP Code

**Relationship to debtor**
**President/Director**

| | | $2,500.00 | 5/19/2020 | loan to officer |

Debtor  **R.H.W. Metals, Inc.**
_____   Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.144.  **Richard Wilcox** _____  **$1,013.69**   **5/27/2020**   **loan to officer**
Name
**1417 New Forest Drive**
Street

_____

**Longview          TX    75601**
City          State   ZIP Code

**Relationship to debtor**
**President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.145.  **Richard Wilcox** _____  **$2,000.00**   **5/27/2020**   **loan to officer**
Name
**1417 New Forest Drive**
Street

_____

**Longview          TX    75601**
City          State   ZIP Code

**Relationship to debtor**
_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.146.  **Richard Wilcox** _____  **$3,500.00**   **6/2/2020**   **loan to officer**
Name
**1417 New Forest Drive**
Street

_____

**Longview          TX    75601**
City          State   ZIP Code

**Relationship to debtor**
**President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.147.  **Richard Wilcox** _____  **$600.00**   **6/2/2020**   **loan to officer**
Name
**1417 New Forest Drive**
Street

_____

**Longview          TX    75601**
City          State   ZIP Code

**Relationship to debtor**
_____

Debtor **R.H.W. Metals, Inc.** _____   Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.148. **Richard Wilcox** _____   **$18.59**   **6/5/2020**   **loan to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview      TX    75601**
City          State   ZIP Code

**Relationship to debtor**

_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.149. **Richard Wilcox** _____   **$2,661.41**   **6/5/2020**   **loan to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview      TX    75601**
City          State   ZIP Code

**Relationship to debtor**
**President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.150. **Richard Wilcox** _____   **$3,500.00**   **6/11/2020**   **loan to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview      TX    75601**
City          State   ZIP Code

**Relationship to debtor**
**President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.151. **Richard Wilcox** _____   **$7,107.30**   **6/16/2020**   **loan to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview      TX    75601**
City          State   ZIP Code

**Relationship to debtor**

_____

Debtor    **R.H.W. Metals, Inc.**
Name                                                    Case number (if known)

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.152. **Richard Wilcox** Name **1417 New Forest Drive** Street | **$3,500.00** | **7/1/2020** | **loan to officer** |
| **Longview** City **TX** State **75601** ZIP Code | | | |
| **Relationship to debtor** **President/Director** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.153. **Richard Wilcox** Name **1417 New Forest Drive** Street | **$600.00** | **7/1/2020** | **loan to officer** |
| **Longview** City **TX** State **75601** ZIP Code | | | |
| **Relationship to debtor** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.154. **Richard Wilcox** Name **1417 New Forest Drive** Street | **$997.53** | **7/8/2020** | **loan to officer** |
| **Longview** City **TX** State **75601** ZIP Code | | | |
| **Relationship to debtor** **President/Director** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.155. **Richard Wilcox** Name **1417 New Forest Drive** Street | **$259.05** | **7/8/2020** | **loan to officer** |
| **Longview** City **TX** State **75601** ZIP Code | | | |
| **Relationship to debtor** | | | |

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known)
_____            _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.156. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX    75601** <br> City        State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$836.46** | **7/8/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.157. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX    75601** <br> City        State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$1,013.69** | **7/8/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.158. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX    75601** <br> City        State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$150.00** | **7/8/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.159. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX    75601** <br> City        State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$3,500.00** | **7/10/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.160. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**　　**TX**　**75601**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$985.94** | **7/15/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.161. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**　　**TX**　**75601**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$3,500.00** | **7/16/2020** | **lon to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.162. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longvew**　　**TX**　**75601**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$2,529.58** | **7/28/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.163. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**　　**TX**　**75601**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$2,000.00** | **7/30/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.164. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**   **TX**   **75601**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$939.20** | **8/6/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.165. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**   **TX**   **75601**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$3,500.00** | **8/6/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.166. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**   **TX**   **75601**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$600.00** | **8/6/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.167. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**   **TX**   **75601**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$2,918.60** | **8/19/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
| | Name | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.168. | **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview      TX    75601**<br>City           State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$400.00** | **8/19/2020** | **loan to officer** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.169. | **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview      TX    75601**<br>City           State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$400.00** | **8/19/2020** | **loan to officer** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.170. | **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview      TX    75601**<br>City           State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$400.00** | **8/19/2020** | **loan to officer** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.171. | **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview      TX    75601**<br>City           State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$1,002.28** | **8/19/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|--------|------|-------|--|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.172.** **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview      TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director**

$3,500.00 — 8/19/2020 — **loan to officer**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.173.** **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview      TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director**

$26,800.00 — 8/19/2020 — **loan to officer**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.174.** **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview      TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director**

$11.95 — 8/31/2020 — **loan to officer**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.175.** **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview      TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director**

$2,677.40 — 8/31/2020 — **loan to officer**

Debtor    **R.H.W. Metals, Inc.**
_____        Case number (if known)    _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.176. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**  **TX**  **75601**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$1,996.99** | **8/31/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.177. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**  **TX**  **75601**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$3,710.56** | **8/31/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.178. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**  **TX**  **75601**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$400.00** | **9/9/2020** | **laon to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.179. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**  **TX**  **75601**<br>City  State  ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$812.99** | **9/9/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.180.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**        **TX**    **75601**
City            State    ZIP Code

**Relationship to debtor**
**President/Director**

$3,500.00 — 9/9/2020 — loan to officer

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.181.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**        **TX**    **75601**
City            State    ZIP Code

**Relationship to debtor**
**President/Director**

$5,000.00 — 9/9/2020 — loan to officer

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.182.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**        **TX**    **75601**
City            State    ZIP Code

**Relationship to debtor**
**President/Director**

$6,398.20 — 9/21/2020 — loan to officer

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.183.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**        **TX**    **75601**
City            State    ZIP Code

**Relationship to debtor**
**President/Director**

$985.54 — 9/21/2020 — loan to officer

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.184.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

$3,500.00

9/21/2020

loan to officer

**Longview**      **TX**   **75601**
City          State   ZIP Code

**Relationship to debtor**

**President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.185.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

$15,000.00

9/21/2020

loan to officer

**Longview**      **TX**   **75601**
City          State   ZIP Code

**Relationship to debtor**

**President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.186.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

$3,500.00

9/25/2020

loan to officer

**Longview**      **TX**   **75601**
City          State   ZIP Code

**Relationship to debtor**

**President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.187.
**Richard Wilcox**
Name
**1417 New Forest Drive**
Street

$1,042.00

10/1/2020

loan to officer

**Longview**      **TX**   **75601**
City          State   ZIP Code

**Relationship to debtor**

**President/Director**

Debtor    **R.H.W. Metals, Inc.** _____    Case number (if known)    _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.188.  **Richard Wilcox** _____    **$12,250.48**    **10/6/2020**    **loan to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview        TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.189.  **Richard Wilcox** _____    **$3,095.79**    **10/6/2020**    **loan to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview        TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.190.  **Richard Wilcox** _____    **$550.00**    **10/6/2020**    **loan to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview        TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director** _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.191.  **Richard Wilcox** _____    **$3,500.00**    **10/6/2020**    **laon to officer**
Name
**1417 New Forest Drive** _____
Street

_____

**Longview        TX    75601**
City            State   ZIP Code

**Relationship to debtor**
**President/Director** _____

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.192.    **Richard Wilcox**                        **$400.00**                    **10/15/2020**    **loan to officer**
            Name
            **1417 New Forest Drive**
            Street

            **Longview        TX    75601**
            City            State    ZIP Code

            **Relationship to debtor**
            **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.193.    **Richard Wilcox**                        **$738.28**                    **10/15/2020**    **loan to officer**
            Name
            **1417 New Forest Drive**
            Street

            **Longview        TX    75601**
            City            State    ZIP Code

            **Relationship to debtor**
            **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.194.    **Richard Wilcox**                        **$250.00**                    **10/20/2020**    **loan to officer**
            Name
            **1417 New Forest Drive**
            Street

            **Longview        TX    75601**
            City            State    ZIP Code

            **Relationship to debtor**
            **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.195.    **Richard Wilcox**                        **$400.00**                    **10/20/2020**    **loan to officer**
            Name
            **1417 New Forest Drive**
            Street

            **Longview        TX    75601**
            City            State    ZIP Code

            **Relationship to debtor**
            **President/Director**

Debtor    **R.H.W. Metals, Inc.** _____      Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.196. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br>_____<br>**Longview       TX    75601**<br>City       State   ZIP Code<br>**Relationship to debtor**<br>**President/Director** | **$500.00** | **10/20/2020** | **loan to officer** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.197. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br>_____<br>**Longview       TX    75601**<br>City       State   ZIP Code<br>**Relationship to debtor**<br>**President/Director** | **$150.00** | **10/20/2020** | **loan to officer** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.198. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br>_____<br>**Longview       TX    75601**<br>City       State   ZIP Code<br>**Relationship to debtor**<br>**President/Director** | **$400.00** | **10/20/2020** | **loan to officer** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.199. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br>_____<br>**Lonagview       TX    75601**<br>City       State   ZIP Code<br>**Relationship to debtor**<br>**President/Director** | **$150.00** | **10/20/2020** | **loan to officer** |

Debtor    **R.H.W. Metals, Inc.**                                        Case number (if known)    _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.200. **Richard Wilxoc**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview** **TX** **75601**<br>City State ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$765.71** | **10/20/2020** | **loan to officer** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.201. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview** **TX** **75601**<br>City State ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$8,700.30** | **10/20/2020** | **Loan to officer** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.202. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview** **TX** **75601**<br>City State ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$3,677.99** | **10/20/2020** | **loan to officer** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.203. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview** **TX** **75601**<br>City State ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | **$400.00** | **10/20/2020** | **loan to officer** |

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.204. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**        **TX**    **75601**
City                     State   ZIP Code

**Relationship to debtor**
**President/Director**

**$3,500.00**    10/26/2020    **loan to officer**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.205. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**        **TX**    **75601**
City                     State   ZIP Code

**Relationship to debtor**
**President/Director**

**$7,140.89**    11/2/2020    **loan to officer**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.206. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**        **TX**    **75601**
City                     State   ZIP Code

**Relationship to debtor**
**President/Director**

**$150.00**    11/2/2020    **loan to officer**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.207. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longvew**        **TX**    **75601**
City                     State   ZIP Code

**Relationship to debtor**
**President/Director**

**$3,500.00**    11/5/2020    **loan to officer**

Debtor   **R.H.W. Metals, Inc.** _____   Case number (if known) _____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.208. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX   75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$113.65** | **11/6/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.209. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX   75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$11,583.97** | **11/6/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.210. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX   75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$3,500.00** | **11/13/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.211. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview    TX   75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$400.00** | **11/22/2020** | **loan to officer** |

Debtor    **R.H.W. Metals, Inc.**                                          Case number (if known)  _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.212.  **Richard Wilcox**                      **$400.00**              **11/22/2020**    **loan to officer**
         Name
         **1417 New Forest Drive**
         Street

         _____

         **Longview         TX    75601**
         City              State   ZIP Code

         **Relationship to debtor**

         **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.213.  **Richard Wilcox**                      **$400.00**              **11/22/2020**    **laon to officer**
         Name
         **1417 New Forest Drive**
         Street

         _____

         **Longview         TX    75601**
         City              State   ZIP Code

         **Relationship to debtor**

         **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.214.  **Richard Wilcox**                      **$400.00**              **11/22/2020**    **loan to officer**
         Name
         **1417 New Forest Drive**
         Street

         _____

         **Longview         TX    75601**
         City              State   ZIP Code

         **Relationship to debtor**

         **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.215.  **Richard Wilcox**                      **$400.00**              **11/22/2020**    **loan to officer**
         Name
         **1417 New Forest Drive**
         Street

         _____

         **Longview         TX    75601**
         City              State   ZIP Code

         **Relationship to debtor**

         _____

| Debtor | **R.H.W. Metals, Inc.** | Case number (if known) | |
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

30.216. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**          **TX**    **75601**
City                State   ZIP Code

**Relationship to debtor**

**President/Director**

| | $400.00 | 11/22/2020 | loan to officer |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

30.217. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longvew**          **TX**    **75601**
City                State   ZIP Code

**Relationship to debtor**

**President/Director**

| | $400.00 | 11/22/2020 | laon to officer |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

30.218. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview**          **TX**    **75601**
City                State   ZIP Code

**Relationship to debtor**

**President/Director**

| | $400.00 | 11/22/2020 | loan to officer |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

30.219. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longvew**          **TX**    **75601**
City                State   ZIP Code

**Relationship to debtor**

**President/Director**

| | $855.96 | 12/8/2020 | loan to officer |

| Debtor | R.H.W. Metals, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.220. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**    **TX**    **75601**<br>City    State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | $110.00 | 12/8/2020 | loan to officer |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.221. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**    **TX**    **75601**<br>City    State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | $329.49 | 12/8/2020 | loan to officer |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.222. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**    **TX**    **75601**<br>City    State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | $35,000.00 | 4/28/2020 | loan to officer |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.223. **Richard Wilcox**<br>Name<br>**1417 New Forest Drive**<br>Street<br><br>**Longview**    **TX**    **75601**<br>City    State   ZIP Code<br><br>**Relationship to debtor**<br>**President/Director** | $4,177.00 | 4/28/2020 | loan to officer |

| Debtor | **R.H.W. Metals, Inc.** | | | | Case number (if known) | |
| | Name | | | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.224. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview**    **TX**   **75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$600.00** | **4/30/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.225. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview**    **TX**   **75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$2,000.00** | **4/30/2020** | **loan to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.226. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview**    **TX**   **75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$7,000.00** | **4/30/2020** | **credit to officer** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.227. **Richard Wilcox** <br> Name <br> **1417 New Forest Drive** <br> Street <br><br> **Longview**    **TX**   **75601** <br> City    State   ZIP Code <br><br> **Relationship to debtor** <br> **President/Director** | **$600.00** | **5/5/2020** | **loan to officer** |

Debtor    **R.H.W. Metals, Inc.**                                    Case number (if known) _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.228.   **Richard Wilcox**                    **$600.00**              **4/05/2021**      **earnings**
          Name
          **1417 New Forest Drive**
          Street

          **Longview          TX    75601**
          City             State   ZIP Code

          **Relationship to debtor**
          **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.229.   **Richard Wilcox**                    **$600.00**              **4/12/2021**      **earnings**
          Name
          **1417 New Forest Drive**
          Street

          **Longview          TX    75601**
          City             State   ZIP Code

          **Relationship to debtor**
          **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.230.   **Richard Wilcox**                    **$600.00**              **4/19/2021**      **earnings**
          Name
          **1417 New Forest Drive**
          Street

          **Longview          TX    75601**
          City             State   ZIP Code

          **Relationship to debtor**
          **President/Director**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.231.   **Richard Wilcox**                    **$600.00**              **4/26/2021**      **earnings**
          Name
          **1417 New Forest Drive**
          Street

          **Longview          TX    75601**
          City             State   ZIP Code

          **Relationship to debtor**
          **President/Director**

| Debtor | **R.H.W. Metals, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.232. **Richard Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview          TX     75605**
City                State    ZIP Code

**Relationship to debtor**
**President/Director**

$250.00          4/05/2021          earnings

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.233. **Richad Wilcox**
Name
**1417 New Forest Drive**
Street

**Longview          TX     75605**
City                State    ZIP Code

**Relationship to debtor**
**President/Director**

$250.00          4/26/2021          earnings

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Part 14:    Signature and Declaration**

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/29/2021**
MM / DD / YYYY


X **/s/ Richard H. Wilcox, Jr.**                              Printed name  **Richard H. Wilcox, Jr.**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

In re  **R.H.W. Metals, Inc.**                                    Case No.  _____

                                                                 Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept..................................................................    **$49,543.73**

   Prior to the filing of this statement I have received........................................................    **$49,543.73**

   Balance Due...............................................................................................................    **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td>

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/29/2021** | **/s/ Michael E Gazette** |
| *Date* | *Michael E Gazette*    Bar No.  077845000 |
| | Law Offices of Michael E Gazette |
| | 100 E Ferguson Street Suite 1000 |
| | Tyler, TX 75702 |
| | Phone: (903) 596-9911 / Fax: (903) 596-9922 |

</td></tr>
</table>

**/s/ Richard H. Wilcox, Jr.**

*Richard H. Wilcox, Jr.*
*President*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:   **R.H.W. Metals, Inc.**                                                    CASE NO

                                                                                        CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/29/2021 _____              Signature  **/s/ Richard H. Wilcox, Jr.** _____
                                                                  **Richard H. Wilcox, Jr.**
                                                                  **President**

Date _____                         Signature _____

AAA Cooper Transportation
PO Box 935003
Atlanta, GA 31193

American Exterminating
PO Box 2548
Longview, TX 75606

BTH Bank
3805 TX-63 Spur
Longview, TX  75606

ABC Auto Parts
PO Box 3688
Longview, TX 75606

American Metal Group
290 Lower Bon Air Rd
Sylacauga, AL  35150

Capital Steel
240 S. Bridge St, Suite 300
Dewitt, MI  48820

Accu Test Labs
PO Box 802404
Houston, TX  77280

Angelina American
PO Box 151837
Lufkin, TX  75915

Casa Flora
314 Magnolia Ln
Longview, TX 75605

Acme Air Conditioning
6211 McCann Rd
Longview, TX  75605

AT&T Mobility
PO Box 537104
Atlanta, GA  30353

Centerpoint Energy
PO Box 4981
Houston, TX 77210

ADP Screening & Selection
PO Box 45177
Cincinnati, OH 45264

Atmos Energy
PO Box 790311 St.
Louis, MD 63179

Century Link # 58923
PO Box 4300
Carol Stream, IL 60197

ADT Security Services
PO Box 371878
Pitssburgh, PA 15250

Baker Bots
PO Box 3004
Longview, TX 75606

Century Link # 88507220
PO Box 52187
Phoenix, AZ  85072

Aerosmith Aviation
325 Corporate Rd.
Longview, TX 75603

BancorpSouth Bank
1101 E. Pinecrest Drive
Marshall, Texas 75670

Cintas
PO Box 631025
Cincinnati, OH 45263

Afco Insurance
PO Box 4795
Carol Stream, IL  60197-4795

Behringer
721 Hemlock Rd.
Morgantown, PA 19543

Cintas Loc# 495
PO Box 650838
Dallas, TX  75265

AM Castle
PO Box 775477
Chicago IL 60677

Blue Cross Blue Shield
PO Box 650615
Dallas, TX 75265-0615

Citibusiness Card
PO Box 9001037
Louisville, KY 40290

America's 401K
8131 LBJ Freeway, Ste. 770
Dallas, TX 75251

Bright Creative
1613 Clarendon St.
Longview, TX 75601

City of Longview
PO Box 1952
Longview, TX 75606

City of Odessa
PO box 2552
Odessa, TX 79760

Euler Hermes
800 Red Brook Blvd
Owings Mills, MD  21117

Holt Caterpillar
PO Box 650345
Dallas, TX  75265-0345

Clearfly
Dept LA 24287
Pasadena, CA 91185

FedEx
PO Box 660481
Dallas, TX  75266

Holt Truck Center
PO Box 650345
Dallas, TX  75265

Colonial Life
PO Box 903
Columbia, SC 29202

FedEx Freight
PO Box 10306
Palatine, IL 60055

Hudson Energy
PO Box 731137
Dallas, TX 75373

Continental Best Drive
5702 FM 2087 S
Longview, TX  75603

Finki Steel
100 McCarthy St-Joseph-De-Sorel
QC 13R 3M8, Canada

Hyquality Alloys
Drawer #2356, PO Box 5935
Troy, MI 48007

Crossroads Steel
336 West US Hwy30, Ste 201
Valparaio, IN 46385

Fleet Lube
PO Box 2920
Kilgore, TX  75663

Industrial Mill
PO Box 6188
Texarkana, TX 75505

DATCS
PO Box 5819
Longview, TX 75608

Frisa Metals
8350 Ashlane Way, Ste 201
The Woodlands, TX 77382

Insperity
3 Waterway Squaare PL #425
The Woodlands, TX  77380

Definiti
2201 Timberlock Place, Ste. 150
The Woodlands, TX 77380

GreatAmerica Financial Services
625 1st Street Southeast Suite
Cedar Rapids, IA 52401

Intech
PO Box 858178
Minneapolis, MN  55485

Demarco Machine
6750 McHard Rd
Houston, TX  77053

Harrison Central Appraisal Dist
PO Box 818
Marshall, TX 75671

Intech
PO Box 4130
Hopkins, MN  55343

Eaton Steel
PO Box 673263
Detroit, MI 48267

Harrison County Tax Office
P. O. Box 967
Marshall, TX  75671

Interfer
1990 NE 163 St. Ste 240
North Miama Beach, FL 33162

Engie Resources
PO Box 9001025
Louisville, KY 40290

Hedge Purchasing
PO Box 11422
Scottsdale, AZ 85271

Joe Favella
1306 N. 7th Street
Longview, TX  75601

Debtor(s): R.H.W. Metals, Inc.

Chapter: 7

EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Joe Permenter
PO Box 1362
Lindale, TX  75771

N & R Machine Sales
9292 Industrial Drive
Navasota, Texas 77868

Pinecrest Country Club
PO Drawer 991 Country Club Rd
Longview, TX 75606

Kilgore Tire Center
PO Box 1202
Kilgore, TX 75663

National Tube
Dept. 10388
PO Box 87618
Chicago IL 60680

Pisec Group
57 W 57th St 4th Floor
New York, NY 10019

Liberty National
PO Box 248889
Oklahoma City, OK  73124

Nationwide Insurance
PO Box 51450
Los Angeles, CA 90051-4540

Pitney Bowes Global Fin.
PO Box 371874
Pittsburg, PA  15250

LOMC
3202 N. Fourth St, Ste 100
Longview, TX 75605

Nationwide Insurance
P.O. Box 10479
Des Moines, IA 50306-049

Pliler International
3016 Easton Rd.
PO Box 7408
Longview, TX 75607

Lowes
PO Box 530954
Atlanta, GA  30353

New Orleans Gardens
2100 Judson Rd
Longview, TX  75605

Priority 1
PO Box 840808
Dallas, TX 75284

Magellan Corporation
1650 Lake Cook Rd. Ste 300A
Deerfield, IL 60015

Nirosteel
5970 Fairview Rd. Ste. 220
Charlotte, NC 28210

Protective Life Insurance
PO Box 2224
Birmingham, AL 35246

Mass Flanage
6202 Lumberdale Rd.
Houston, TX 77092

North American Metals
20001 Oil Center Blvd
Houston, TX  77073

Reliance Life Insuarnce
PO Box 82510
Lincoln, NE 68501

Master Aligners
PO Drawer 729
Longview, TX  75607

Nucor
PO Box 412934
Kansas City, MO 64141

Reliance Standard Insurance
PO Box 650804
Dallas, TX 75265

Meredith Wilcox Trust
228 Hunters Circle
Longview, TX  75605

Oklahoma Turnpike Authority
PO Box 11255
Oklahoma City, OK 73136

Richard H. Wilcox, Jr.
1417 New Forest Drive
Longview, TX  75601

Modern Tax Group
12001 N. Central Expressway Ste
Dallas, TX 75243

Orkin
5030 E. University, Ste D103
Odessa, TX 79762

Richard Wilcox
1417 New Forest Dr
Longview, TX  75601

Debtor(s):  R.H.W. Metals, Inc.

EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Chapter: 7

Rico Masonry

Rolled Alloys
9818 E. Hardy Rd
Houston, TX 77093

Ross Plumbing
1074 Merrills Lake Rd
Longview, TX 75604

Saia Motor Freight
PO Box 730532
Dallas, TX  75373

Scott Long
PO Box 1086
Hallsville, TX  75650-1086

SFI/Gray Steel
PO Box 731529
Dallas, TX 75373

Shell
PO Box 78062
Phoenix, AZ 85062

Shred-It
28883 Network Place
Chicago, IL 60673

Southeastern Freight
PO Box 100104
Columbia, SC 29202

Southern Longivew Auto
415 W. Marshall Ave
Longview, TX 75601

Specialty Heat Treat
PO Box 40637
Houston, TX 77240

Stewart & Stevenson
PO Box 301063
Dallas, TX 75303

Sun Coast Resources
PO Box 20263
Dallas, TX 75320

Sun Life Financial
PO Box 9106
Wellesley Hills, MA  02481-9106

Swepco
PO Box 24422
Canton, OH  44701

Technical Machine Sales
521 Della Rd.
Longview, TX 75601

Texas Document Solutions
PO Box 41602
Philadelphia, PA  19101

Texas Honing
PO Box 733650
Dallas, TX 75303

Tier 1 Detailing
151 Skyway Dr.
Longview, TX 75603

Travelers Insurance
PO Box 660317
Dallas, TX 75266

Trek Metals
5221 N. O'Conner Blvd. Ste 750
Irving, TX 75039

Truck Parts World
PO Box 31625
Amarillo, TX 79120

Tube Supply
4669 Brittmoore Rd
Houston, TX  77041

United Health Care
Dept.CH 10151
Palatine, IL 60055

Unum Life Ins.
PO Box 409548
Atlanta, GA  30384

UPS Freight
PO Box 730900
Dallas, TX 75373

UPS Postage
PO Box 7247-0244
Philadelphia, PA 19170

US Post Office
200 E. Methvin St
Longview, TX 75601

Verizon # 342171768
PO Box 660108
Dallas, TX  75266

Verizon Connect
PO Box 115043
Albany, NY  12212

Debtor(s):  **R.H.W. Metals, Inc.**

Chapter:  **7**

**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

Vulcan Threaded Products
PO Box 71871
Chicago, IL  60694


Waste Connection
PO Box 679859
Dallas, TX  75267


Web Envy
1403 Foulk Rd. Ste. 201
Wilmington, DE 19803


Whitney Wilcox Trust
141 Macy Grace Ln
Longview, TX  75605


Zeno Office Solutions
PO Box 660831
Dallas, TX 75266