**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| In re: | § Case No. 21-20049 |
| R. H. W. METALS, INC., <br> P. O. Box 3489 <br> Longview, TX 75606-3489 <br> Tax ID: xx-xxx4866 | § <br> § <br> § <br> § Chapter 7 |
| Debtor. | § |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

CROSSROADS STEEL SUPPLY, LLC ("Crossroads") respectfully requests that all notices given or required to be given in this chapter 7 case, and any case consolidated herewith, and all papers served or required to be served in this matter, be given to and served upon counsel for Crossroads:

| | |
|---|---|
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> Sven T. Nylen, IL #6278148 (admitted E.D. Tex.) <br> Jacob H. Marshall (*pro hac vice* forthcoming) <br> 71 South Wacker Drive, Suite 1600 <br> Chicago, Illinois 60606 <br> Telephone: 312.212.4949 <br> Facsimile: 312.767.9192 <br> snylen@beneschlaw.com <br> jmarshall@beneschlaw.com | **BARLOW GARSEK & SIMON, LLP** <br> Christian S. Dennie, State Bar No. 24045775 <br> 920 Foch Street <br> Fort Worth, Texas 76107 <br> Telephone: 817.731.4500 <br> Facsimile: 817.731.6200 <br> cdennie@bgsfirm.com |

This request encompasses all notices, pleadings, copies, and papers referred to or contemplated in Title of the United States Code (11 U.S.C. §§ 101-1532) and the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any motions, orders, petitions, complaints, demands, applications or pleadings, or requests, and any other document regarding the above-captioned case and proceedings therein.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or request for relief is intended or shall be deemed to waive Crossroads': (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Crossroads is or may be entitled to under agreements, in law or equity, all of which are reserved.

May 4, 2021                                                                      Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

/s/ *Sven T. Nylen*
Sven T. Nylen, IL #6278148 (admitted E.D. Tex.)
Jacob H. Marshall (*pro hac vice* forthcoming)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
snylen@beneschlaw.com
jmarshall@beneschlaw.com

-and-

**BARLOW GARSEK & SIMON, LLP**

Christian S. Dennie, State Bar No. 24045775
920 Foch Street
Fort Worth, Texas 76107
Telephone: 817.731.4500
Facsimile: 817.731.6200
cdennie@bgsfirm.com

**CERTIFICATE OF SERVICE**

    I certify that on May 4, 2021, I caused to be served a copy of the foregoing document electronically through the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Texas.

                                                                   */s/ Sven T. Nylen*
                                                                   Sven T. Nylen