EOD
08/10/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| R. H. W. Metals, Inc. | § | Case No. 21-20049 |
| P. O. Box 3489 | § | |
| Longview, TX 75606-3489 | § | |
| Tax ID / EIN: 75-1734866 | § | |
| | § | |
| Debtor | § | CHAPTER 7 |

**AGREED ORDER GRANTING CONTINUANCE OF FINAL HEARING ON BTH BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AGAINST ACCOUNTS RECEIVABLE AND INVENTORY**

On this date a proposed agreed order was uploaded requesting continuance of the hearing currently scheduled for August 11, 2021 at 9:30 AM concerning the "Motion for Relief from Automatic Stay with Waiver of 30-day Hearing Requirement as to All Inventory and Accounts Receivables" (the "Motion") filed by BTH Bank, National Association ("Movant"). It appears that the continuance request is agreed and therefore that good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the hearing to consider the "Motion for Relief from Automatic Stay with Waiver of 30-day Hearing Requirement as to All Inventory and Accounts Receivables" filed by BTH Bank, National Association is hereby CONTINUED to a virtual hearing[1] on **Wednesday, September 8, 2021 at 9:30 AM**:

---

[1] The directives regarding the conduct of virtual hearings are located on Judge Searcy's webpage on the Court's website, https://www.txeb.uscourts.gov/content/judgesearcy under the *Virtual Hearings* tab. As set forth therein, the presentation of exhibits under LBR 9014(d) is altered to require each party seeking to introduce exhibits to attach (separately) each of those designated exhibits to the exhibit list that is filed with the Court. Attorneys are further reminded that they are responsible for the virtual appearance of any witness sponsored by that attorney at the hearing and that any such witness must: (1) join the hearing as a separate participant from the sponsoring attorney; (2) use a different camera and microphone than the sponsoring attorney; and (3) be capable of accessing any exhibit needed for the examination.

\*\*\*   Join Microsoft Teams Hearing:   https://bit.ly/3rn6zPn   \*\*\*

Any questions regarding the continued virtual hearing may be forwarded to the Courtroom Deputy as set forth below:

> Ms. Alexa Turman
> Phone: (903) 590-3240
> or
> Email:  Alexa_Turman@txeb.uscourts.gov

Such hearing may be adjourned or continued to a different date without further notice other than notice given on the record in open court at such virtual hearing.

Signed on 08/10/2021

_____ AT
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

AGREED:

| | |
|---|---|
| /s/ *Cliff A. Wade* | /s/ *Melissa S. Hayward* |
| Cliff A. Wade | Melissa S. Hayward |
| Texas Bar I.D. 24013699 | State Bar No. 24044908 |
| cliff.wade@bakerlopez.com | *MHayward@HaywardFirm.com* |
| | |
| Chelsea L. Futrell | 10501 N. Central Expressway, Suite 106 |
| Texas Bar I.D. 24116400 | Dallas, Texas 75231 |
| chelsea.futrell@bakerlopez.com | Telephone/Fax: 972-755-7100 |
| | |
| Baker Lopez | ATTORNEY FOR DIANE CARTER, |
| 5728 LBJ Freeway, Suite 150 | CHAPTER 7 TRUSTEE |
| Dallas, Texas 75240 | |
| (469) 206-9384 | |
| | |
| ATTORNEYS FOR BTH BANK, NATIONAL ASSOCIATION | |

/s/ *Sven T. Nylen*
Sven T. Nylen
IL #6278148 (admitted E.D. Tex.)
*snylen@beneschlaw.com*

71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192

ATTORNEY FOR CROSSROADS STEEL
SUPPLY, LLC

United States Bankruptcy Court

Eastern District of Texas

In re:     Case No. 21-20049-jps

R. H. W. Metals, Inc.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-2     User: admin     Page 1 of 2
Date Rcvd: Aug 10, 2021     Form ID: pdf400     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | R. H. W. Metals, Inc., P. O. Box 3489, Longview, TX 75606-3489 |
| cr | + | BTH Bank, National Association, c/o Cliff A Wade, 5728 LBJ Freeway Ste 150, Dallas, TX 75240-6340 |
| cr | + | Harrison CAD, c/o Tara LeDay, P O Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Harrison County, c/o Tara LeDay, P O Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Scott Franklin, c/o Cliff A. Wade, Baker Lopez, 5728 LBJ Freeway, Suite 150, Dallas, TX 75240-6340 |
| 8036306 | | BTH Bank, 3805 TX-63 Spur, Longview, TX 75606 |
| 8048186 | + | BTH Bank, National Association, c/o Cliff A. Wade, 5728 LBJ Freeway, Suite 150, Dallas, Texas 75240-6340 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BancorpSouth Bank |
| cr | | Crossroads Steel Supply, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Blake Rasner

| | | |
|---|---|---|
| District/off: 0540-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2021 | Form ID: pdf400 | Total Noticed: 7 |

on behalf of Creditor BancorpSouth Bank brasner@haleyolson.com  dserenil@haleyolson.com

Cliff A Wade

on behalf of Creditor Scott Franklin cliff.wade@bakerlopez.com

Cliff A Wade

on behalf of Creditor BTH Bank  National Association cliff.wade@bakerlopez.com

Diane Carter

dsbarron@rbarronlaw.com dbc@trustesolutions.net

Herbert Charles Shelton, II

on behalf of Trustee Diane Carter cshelton@haywardfirm.com  mnewton@haywardfirm.com

Melissa S. Hayward

on behalf of Trustee Diane Carter MHayward@HaywardFirm.com mholmes@haywardfirm.com

Michael E. Gazette

on behalf of Debtor R. H. W. Metals  Inc. megazette@suddenlinkmail.com

Sven Thure Nylen

on behalf of Creditor Crossroads Steel Supply  LLC snylen@beneschlaw.com, debankruptcy@beneschlaw.com

Tara LeDay

on behalf of Creditor Harrison CAD tleday@mvbalaw.com
vcovington@mvbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com;vjames@mvbalaw.com

Tara LeDay

on behalf of Creditor Harrison County tleday@mvbalaw.com
vcovington@mvbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com;vjames@mvbalaw.com

US Trustee

USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 11