FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 21-20049-JS-7 | Trustee Name: | Diane Carter |
|---|---|---|---|
| Case Name: | R. H. W. METALS, INC. | Date Filed (f) or Converted (c): | 04/29/2021 (f) |
| For the Period Ending: | 3/31/2022 | §341(a) Meeting Date: | 06/18/2021 |
| | | Claims Bar Date: | 08/30/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Checking account at BancorpSouth Bank Checking account 7 8 1 3 | $530,441.44 | $530,441.44 | | $524,786.22 | FA |
| 2 Checking account at BTH Bank Checking account 7 0 6 6 | $0.00 | $0.00 | | $0.00 | FA |
| 3 Checking account at BTH Bank Checking account 7 0 7 4 | $0.00 | $0.00 | | $0.00 | FA |
| 4 Accounts receivable 90 days old or less $0.00 - $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 5 Accounts receivable Over 90 days old $1,119,059.19 (face amount) - $425,481.16 (doubtful or uncollectible accounts) | $693,578.03 | Unknown | | $16,366.20 | Unknown |
| 6 All shares of R.H.W. Metals - Odessa, Inc. 100% Fair Market | $0.00 | $0.00 | | $0.00 | FA |
| 7 Inventory of steel held for sale and manufacturing (last physical inventory 06/12/20 - net book value $2,478,905.00) | Unknown | $0.00 | | $0.00 | FA |
| 8 Office furniture - filing cabinets, office chairs, cubicles 5 computers, 2 folding plastic tables, 4 old chairs, 2 metal filing cabinets, 2 refrigertators, stove top, 2 microwaves, 2 dishwashers, 2 dressers, desk, chair, shredder, area rug, wood table & 4 chairs, 2 ovens, coffee maker, toaster, grill Forced Liquidation Value | $4,200.00 | $4,200.00 | | $0.00 | FA |
| 9 Server room equipment | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 10 Snorklift Model No. PROGG-D2 Serial No. 9522120895 Forced Liquidation Value | $6,000.00 | $6,000.00 | | $0.00 | FA |
| 11 1997 Air Compressor Cat # 38057 - 120 Gallon | $700.00 | $700.00 | | $0.00 | FA |
| 12 2009 Air Compressor Cat # 35934 - 80 Gallon | $700.00 | $700.00 | | $0.00 | FA |
| 13 Porta Cool Fan 36" Serial No. 498617 | $700.00 | $700.00 | | $0.00 | FA |
| 14 Miller Welding Machine Miller Bluestar 2E | $700.00 | $700.00 | | $0.00 | FA |

| Case No.: | 21-20049-JS-7 | | Trustee Name: | Diane Carter |
| Case Name: | R. H. W. METALS, INC. | | Date Filed (f) or Converted (c): | 04/29/2021 (f) |
| For the Period Ending: | 3/31/2022 | | §341(a) Meeting Date: | 06/18/2021 |
| | | | Claims Bar Date: | 08/30/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Lincoln Electric Welding Machine Model No. AC225 Serial No. K1170 | $50.00 | $50.00 | | $0.00 | FA |
| 16 | 13" Behringer Saw Model No. HBE-321A Serail No. 10009989 | $12,000.00 | $0.00 | OA | $0.00 | FA |
| 17 | 16" Cosen Saw Model No. C-420NC-CE Serial No. C10614838 | $14,000.00 | $3,843.41 | OA | $0.00 | FA |
| 18 | 16" Cosen Saw Model No. C-420NC-CE Serial No. C10614792 | $14,000.00 | $1,894.58 | OA | $0.00 | FA |
| 19 | 20" Cosen Saw Model No. C-520NC-CR Serial No. C1070535 | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 20 | 20" Cosen Saw Model No. C-520 Serial No. C520L-106015 | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 21 | 20" Cosen Saw Model No. C-520 Serial No. C520L-106014 | $20,000.00 | $20,000.00 | OA | $0.00 | FA |
| 22 | JIB Crane | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 23 | 1800 RPM Generator | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 24 | Lathe | $2,000.00 | $2,000.00 | OA | $0.00 | FA |
| 25 | Lathe | $2,000.00 | $2,000.00 | OA | $0.00 | FA |
| 26 | Lathe | $2,000.00 | $2,000.00 | OA | $0.00 | FA |
| 27 | Alkita Pressure Washer | $500.00 | $500.00 | | $0.00 | FA |
| 28 | rhwmetals.com - domain name | $0.00 | $0.00 | | $0.00 | FA |
| 29 | AIG life term insurance policy no. YME1269789 - $500,000.00 on Richard H. Wilcox, Jr. pledged to BTH Bank | $0.00 | $0.00 | | $0.00 | FA |
| 30 | AIG life term insurance policy no. YME1244797 - $1,000,000.00 on Richard H. Wilcox, Jr. pledged to BTH Bank | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Protective Life term life insurance policy no. B00395072 - $500,000.00 on Ned Gretzing pledged to BTH Bank | $0.00 | $0.00 | | $61,287.06 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3

| Case No.: | 21-20049-JS-7 | Trustee Name: | Diane Carter |
|---|---|---|---|
| Case Name: | R. H. W. METALS, INC. | Date Filed (f) or Converted (c): | 04/29/2021 (f) |
| For the Period Ending: | 3/31/2022 | §341(a) Meeting Date: | 06/18/2021 |
| | | Claims Bar Date: | 08/30/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32 | Protective Life term life insurance policy no. B00576897 - $1,000,000.00 on Ned Gretzinger pledged to BTH Bank | $0.00 | $0.00 | | $0.00 | FA |
| 33 | Derivative claims asserted by Crossroads Steel Supply against officers, former officers, and other individuals in Civil Action #6:20-cv-00573-JCB, Crossroads Steel Supply, LLC v R.H.W. Metals, Inc., et al, U.S. District Court for the Eastern District of Texas, Tyler Division | Unknown | Unknown | | $0.00 | Unknown |
| 34 | unscheduled refund of premiums (u) | $6,861.75 | $6,861.75 | | $6,861.75 | FA |
| 35 | unscheduled credit from Comdata (u) | $0.00 | $62,170.00 | | $62,170.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $1,373,431.22 | $667,761.18 | | $671,471.23 | $0.00 |

**Major Activities affecting case closing:**

| 03/18/2022 | spoke with Melissa Hayward, attorney for Trustee and we now have complete accounting records and preparation of adversaries to begin soon |
| 03/14/2022 | Reviewed email sent to accounting firm demanding turnover of documents for debtor |
| 02/02/2022 | spoke with Melissa Hayward about financials and difficulty gathering documents |
| 01/04/2022 | estate hired Melissa Hayward as attorney for estate |

Initial Projected Date Of Final Report (TFR): 03/29/2024    Current Projected Date Of Final Report (TFR): 03/29/2024

/s/ DIANE CARTER
DIANE CARTER